U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

APR 0 8 2010

CHRIS R. JOHNSON, CLERK

BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**TRIBUILT CONSTRUCTION GROUP, LLC**          **PLAINTIFF**

v.     Case No. 10-2052

**INTERNATIONAL FIDELITY INSURANCE COMPANY**          **DEFENDANT**

## NOTICE OF REMOVAL

Comes now defendant, International Fidelity Insurance Company (IFIC), under the authority of 28 U.S.C. § 1441 et seq., and respectfully removes this action from the Circuit Court of Sebastian County, Arkansas, to this Honorable Court. In support of removal IFIC respectfully states:

I.

IFIC is a corporation organized under the laws of New Jersey. Its principal place of business is in Newark, New Jersey. It is authorized to do business in Arkansas as a foreign insurance company.

II.

Plaintiff, TriBuilt Construction Group, LLC (TriBuilt) is a limited liability company organized under the laws of Arkansas. Its principal place of business is in Sebastian County, Arkansas.

III.

This matter is a civil action of which this Court has federal jurisdiction pursuant to 28 U.S.C. § 1332, as it involves citizens of different states and complete diversity of citizenship exists among the Plaintiff and Defendant. Additionally, Plaintiff's claim involves an amount in controversy exceeding the sum or value of $75,000.00, exclusive of interest and costs.

IV.

On or about March 19, 2010 counsel for IFIC received a courtesy copy of TriBuilt's Complaint, which was filed in the Circuit Court of Sebastian County, Arkansas, Fort Smith District bearing docket no. CV-2010-540 (V). A true copy of the Summons and Complaint subsequently served upon IFIC are attached to this notice as Exhibit A. A true copy of IFIC's answer to the Complaint, filed with the Circuit Clerk of Sebastian County, Arkansas on or about April 6, 2010, is attached as Exhibit B. No other pleadings have been filed in this matter and the Circuit Court of Sebastian County, Arkansas has not entered any orders in this matter.

V.

In accordance with the requirements of 28 U.S.C. § 1446, this Notice of Removal was filed timely within 30 days after the receipt of the Summons and Complaint by IFIC.

VI.

Pursuant to 28 U.S.C. § 1441, this civil action may be removed to the United States District Court, Western District of Arkansas, Fort Smith Division, as its jurisdiction encompasses the State circuit court wherein this action is pending.

VII.

Notice of the filing of this Notice of Removal will be given promptly to the adverse party as required by law.

VIII.

A true copy of this Notice of Removal will be filed promptly with the Clerk of Court for the Circuit Court of Sebastian County, Arkansas, as required by law.

**WHEREFORE**, Defendant, International Fidelity Insurance Company prays that further proceedings in the Circuit Court of Sebastian County, Arkansas, be discontinued and that this suit be removed to the United States District Court for the Western District of Arkansas, Fort Smith Division. Defendant further prays that this Honorable Court accept jurisdiction of this action henceforth, thereby placing this action of the docket of this Court for further proceedings as authorized by law.

_____
JACK EAST III
2725 Cantrell Rd, Suite 202
Little Rock, AR  72202
(501) 372-3278
Bar ID No. 75-036