IN THE CIRCUIT COURT OF SEBASTIAN COUNTY, ARKANSAS
FORT SMITH DISTRICT
CIVIL DIVISION

SUMMONS

CASE NO. CV-2010- 540 (V)

**PLAINTIFF:**
TRIBUILT CONSTRUCTION GROUP, LLC

**DEFENDANTS:**
INTERNATIONAL FIDELITY
INSURANCE COMPANY

**PLAINTIFF'S ATTORNEY**
C. Brian Meadors
Pryor, Robertson, Beasley,
  & Smith, PLLC
P.O. Drawer 848
Fort Smith, AR 72902-0848
(479) 782-8813

**DEFENDANT'S ADDRESS:**
Francis Louis Mitterhoff, President
International Fidelity Insurance Co.
One Newark Center
Newark, NJ 07102-5207

THE STATE OF ARKANSAS TO DEFENDANT(S):     **INTERNATIONAL FIDELITY INSURANCE COMPANY**

**NOTICE**

1. You are hereby notified that a lawsuit has been filed against you; the relief asked is stated in the attached Complaint

2. The attached Complaint will be considered admitted by you and a judgment by default may be entered against you for the relief asked in the Complaint unless you file a pleading and thereafter appear and present your defense. Your pleading or answer must meet the following requirements.
   A. It must be in writing, and otherwise comply with the Arkansas Rules of Civil Procedure.
   B. It must be filed in the court clerk's office within THIRTY (30) days from the day you were served with this summons.

3. If you desire to be represented by an attorney you should immediately contact your attorney so that an answer can be filed for you within the time allowed.

4. Additional notices: Plaintiff's First Set of Interrogatories and Requests for Production of Documents attached.

WITNESS my hand and the seal of the court this 19th day of March, 2010.

901 South B Street
Fort Smith, AR 72901

CINDY GILMER, CLERK

(SEAL)

By: _____

## PRYOR, ROBERTSON, BEASLEY & SMITH, PLLC

ATTORNEYS AT LAW
315 NORTH SEVENTH STREET
P.O. DRAWER 848
FORT SMITH, ARKANSAS 72902-0848
www.prbslaw.com

THOMAS E. ROBERTSON, JR
JOHN R. BEASLEY
GREGORY C. SMITH†
KENNETH W. COWAN††
C. BRIAN MEADORS, P.A.††††
MARK E. FORD †††
AMANDA M. THOMAS

*OF COUNSEL*

THOMAS B. PRYOR, P.A.

THOMAS PRYOR (1869-1952)
THOMAS B. PRYOR JR. (1904-1953)
G. BYRON DOBBS (1907-1976)
OWEN C. PEARCE (1917-1976)
DONALD P. CALLAWAY (1935-1984)

March 19, 2010

TELEPHONE (479) 782-8813
FAX (479) 785-0254
SENDER'S E-MAIL: cbmeadors@prbslaw.com

*Certified Mail;*
*Return Receipt Requested*

Francis Louis Mitterhoff, President
International Fidelity Insurance Co.
One Newark Center
Newark, NJ 07102-5207

Re: TriBuilt Construction Group, LLC v. International Fidelity
Insurance Co., Sebastian County Circuit Court, Fort Smith Dist.
Case No. CV-2010-540 (V).        PRBS File No. 176,432

Dear Mr. Mitterhoff:

Enclosed please find a Complaint and Summons with Plaintiff's First Set of Interrogatories and Requests for Production attached in the above-referenced matter. Please read these documents carefully. You may want to consult an attorney. Please note that you have 30 days from your receipt of the Summons in which to answer or judgment by default may be had against you. You should govern your actions accordingly.

Sincerely,

PRYOR, ROBERTSON, BEASLEY
& SMITH, PLLC

C. Brian Meadors

CBM:dmc
Enclosures
cc:   TriBuilt (enc.)

† Also Licensed in California
†† Also Licensed in Oklahoma
††† Also Licensed in Nebraska
†††† Also Licensed in Missouri, Florida, Nevada, Virginia, and Washington, DC