U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

APR 0 8 2010

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

**TRIBUILT CONSTRUCTION GROUP, LLC**                    **PLAINTIFF**

**v.**                          Case No. *10-2052*

**INTERNATIONAL FIDELITY INSURANCE COMPANY**            **DEFENDANT**

### AFFIDAVIT

BEFORE ME, the undersigned authority, personally came and appeared:

JACK EAST III

who, after first being duly sworn, did depose and say:

He is counsel of record for International Fidelity Insurance Company, and that all of the allegations contained in the Notice of Removal filed herein are true and correct to the best of his knowledge, information and belief.

_____
JACK EAST III

SWORN TO AND SUBSCRIBED before me, Notary, this __7th__ day of April, 2010.

_____
Notary Public
(Seal)

My Commission Expires:

May 22, 2019



TONYA WOOD
MY COMMISSION # 12371305
EXPIRES: May 22, 2019
Pulaski County