UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**TRIBUILT CONSTRUCTION GROUP, LLC**                              **PLAINTIFF**

v.                                  **Case No. 10-2052**

**INTERNATIONAL FIDELITY INSURANCE COMPANY**              **DEFENDANT**

### PROOF OF SERVICE

NOW COMES, Jack East III, counsel of record in the above captioned matter, who, after being duly sworn, did depose and state as follows:

That he is counsel for International Fidelity Insurance Company, Defendant herein;

That on the 12th day of April, 2010, after the Notice of Removal had been filed with the above Court, he mailed a copy of said Notice of Removal and attachments to counsel for Plaintiff as follows:

>C. Brian Meadors, Attorney at Law
>315 North 7th Street
>P.O. Drawer 848
>Fort Smith, AR 72902-0848,
>
>Cody Thompson, Attorney at Law
>P.O. Box10990
>Fort Smith, AR  72917.

Affiant further deposes and states that on the same date, immediately following the mailing of the aforesaid papers, he had a copy of said Notice of Removal delivered, via overnight express delivery, to the Clerk of Court for the County of Sebastian, State of Arkansas for filing in the matter entitled "TriBuilt Construction Group, LLC v. International

Arkansas for filing in the matter entitled "TriBuilt Construction Group, LLC v. International Fidelity Insurance Company", bearing civil number CV-2010-540(V)on the docket of the Circuit Court, County of Sebastian, Fort Smith District, State of Arkansas.

*Jack East*
JACK EAST III

SWORN TO AND SUBSCRIBED before me, Notary, this 12th day of April, 2010.

*Tonya Wood*
Notary Public
(Seal)

TONYA WOOD
MY COMMISSION # 12371305
EXPIRES: May 22, 2019
Pulaski County

My Commission Expires:

May 22, 2019