IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TRIBUILT CONSTRUCTION GROUP, LLC                          PLAINTIFF

V.                          CASE NO. 10-CV-02052

INTERNATIONAL FIDELITY
INSURANCE COMPANY                                          DEFENDANT

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

I certify that I am licensed to practice law in the State of Arkansas, and am admitted to practice before this Court. Please enter my appearance as counsel in this case for Plaintiff, Tribuilt Construction Company, LLC.

Dated: April 19, 2010

/s/ Rex M. Terry
Rex M. Terry
Arkansas Bar No. 76128
HARDIN, JESSON & TERRY, PLC
Attorneys at Law
5000 Rogers Avenue, Suite 500
P. O. Box 10127
Fort Smith, AR  72917-0127
479-452-2200 - Phone
479-452-9097 - Fax
terry@hardinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

    Jack East III, Esq. – jeastiii@alltel.net
    C. Brian Meadors, Esq. – cbmeadors@prbsklaw.com
    Cody Thompson, Esq. – codythompson@hotmail.com

                                /s/ Rex M. Terry