IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**TRIBUILT CONSTRUCTION GROUP, LLC**                                **PLAINTIFF**

v.                            CASE NO. 10-CV-02052 (JLH)

**INTERNATIONAL FIDELITY INS. CO.**                                **DEFENDANT**

## MOTION TO WITHDRAW AS ATTORNEYS

1. Plaintiff was initially represented by C. Brian Meadors and Cody Thompson, and Attorney Rex Terry recently entered an appearance on its behalf.

2. Plaintiff requests that only Rex Terry represent it in this matter.

3. Therefore, C. Brian Meadors and Cody Thompson ask that they be allowed to withdraw as attorneys for the Plaintiff and be relieved of further responsibility in this matter. C. Brian Meadors and Cody Thompson do not have any funds belonging to Plaintiff.

CERTIFICATE OF SERVICE: On April 19, 2010, this document was filed with the CM/ECF system, which will serve all counsel of record.

Respectfully submitted, TRIBUILT CONSTRUCTION GROUP, LLC

    /s/ Cody Thompson
Cody Thompson, Ark. Bar No. 97136
THE LAW OFFICES OF CODY THOMPSON
P.O. Box 10990; Fort Smith, AR 72917;
(479) 478-8282

    /s/ C. Brian Meadors
C. Brian Meadors, Ark. Bar No. 2001186
PRYOR, ROBERTSON, BEASLEY & SMITH, PLLC
315 North 7th Street; P.O. Drawer 848
Fort Smith, AR 72902-0848
(479) 782-8813; (479) 785-0254 (fax)