**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

**TRIBUILT CONSTRUCTION GROUP, LLC**                                              **PLAINTIFF**

**v.**                           **Case No. 10-2052**

**INTERNATIONAL FIDELITY**                                                         **DEFENDANT**

**APPLICATION FOR ORDER AUTHORIZING DEFENDANT
TO FILE COUNTERCLAIM AND THIRD PARTY CLAIMS**

Comes now defendant, International Fidelity Insurance Company, and for its Application for Order Authorizing Defendant to File Counterclaim and Third Party Claims states:

1. This action was removed from the Sebastian County, Arkansas Circuit Court on April 8, 2010.

2. The Rule 26 conference has been held but no report has been filed yet.

3. No discovery has been conducted.

4. On April 14, 2010 defendant acquired a counterclaim against plaintiff and claims against plaintiff's owners and an affiliate which may be permissively presented under the authority of Rules 13 and 14, F.R. Civ. P.

5. A copy of the proposed Counterclaim is attached as Exhibit A. A copy of the proposed Third Party Complaint is attached as Exhibit B.

6. Plaintiff will suffer no prejudice as a result of the filing of Exhibits A and B.

7. Under the authority of Local Rule 7.2 no brief is required to be filed at this time.

**WHEREFORE**, defendant prays the Court enter an Order granting its Application for Order Authorizing Defendant to File Counterclaim and Third Party Claims and for all other appropriate relief.

Respectfully Submitted,

*Jack East III*

Jack East III
2725 Cantrell Road, Suite 202
Little Rock, AR  72202
(501) 372-3278
jeastiii@windstream.net
Bar ID No. 75-036

### Certificate of Service

I hereby certify that on May 12, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Rex M. Terry, Esq. - terry@hardinlaw.com

/s/ Jack East III