R E L E A S E

This Release, dated _April 14_, 2010 is given

BY the Releaser(s)  Robert Bailey Electric, Inc.

referred to as "I",

TO     **International Fidelity Insurance Company**
       One Newark Center, 20th Floor
       Newark, New Jersey  07102

referred to as "You".

If more than one person signs this release, "I" shall mean each person who signs this Release.

1. **Release.** I release and give up any and all claims and rights which I may have against you pertaining to the project. This release applies to claims, resulting from anything which has happened up to now which would be covered by Bonds. I specifically release the following:

    Claims for payment with reference to bond #LRIFSU361509 issued by International Fidelity Insurance Company on behalf of TriBuilt Const. Group, LLC for the benefit of the NISHA, LLC and for the project known as Country Inns and Suites, Conway, AR.

2. **Payment.** I have been paid a total of $116,241.00 in full payment for making this Release. I agree that I will not seek anything further including any other payment from you.

3. **Who is Bound.** I am bound by this Release. Anyone who succeeds to my rights and responsibilities, such as my heirs or the executor of my estate, is also bound. This Release is made for your benefit and all who succeed to your rights and responsibilities, such as your heirs or the executor of your estate.

4. **Signatures.** I understand and agree to the terms of this Release. If this Release is made by a corporation its proper corporate officers sign and its corporate seal is affixed.

_[signature] Martha Bailey Secretary_          _[signature] Robert Bailey President_
Witnessed or Attested by:               Corporate Officer   (Seal)
Martha Bailey, Secretary                Robert Bailey, President

_____
Personal or Individual Releaser

STATE OF _ARKANSAS_____, COUNTY OF _FAULKNER_ SS:
   I CERTIFY that on _____, 2010,

_____ personally came before me and acknowledged under oath, to my satisfaction, that this person (or if more than one, each person):
   (a)  is named in and personally signed this document; and
   (b)  signed, sealed and delivered this document as his or her act and deed.

**Prepared by:**  (Print signer's name below signature)

_____         _____
                                          (Print name and title below signature)

Page 1 of 2

_Exhibit 2 to Counterclaim_

STATE OF __ARKANSAS__, COUNTY OF __FAULKNER__ SS:

I CERTIFY that on __April 14__, 2010, Robert Bailey, President of Robert Bailey Electric, Inc. and Martha Bailey, Secretary of Robert Bailey Electric, Inc personally came before me and ~~this~~ (these) persons acknowledged under oath, to my satisfaction, that:

(a) ~~this~~ these persons ~~is~~ are the President/secretary of Robert Bailey Electric, Inc. the corporation named in this document;

(b) this person, Martha Bailey, is the attesting witness to the signing of this document the proper corporate officer, who is the President of the corporation; Robert Bailey,

(c) this document was signed and delivered by the corporation as its voluntary act duly authorized by a proper resolution of its Board of Directors;

(d) this person knows the proper seal of the corporation which was affixed to this document; and

(e) this person signed this proof to attest to the truth of these facts.

Signed and sworn to before me on __April 14__, 2010.

_Larry E Graddy_
(Print name of attesting witness below signature)
~~Martha Bailey~~ Notary Public

Notary (Seal)

R E L E A S E          Dated:           2010

Record and return to:

TO