**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

| | |
|---|---|
| **TRIBUILT CONSTRUCTION GROUP, LLC** | **PLAINTIFF** |
| v. | **CASE NO. 10-CV-02052 (JLH)** |
| **INTERNATIONAL FIDELITY INSURANCE COMPANY** | **DEFENDANT** |
| v. | |
| **ALAN M. HARRISON, GAYE P. HARRISON, JOSEPH E. MARRONE, STACY M. MARRONE, and SOUTHLAND ENTERPRISES, LLC** | **THIRD-PARTY DEFENDANTS** |

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Comes the Plaintiff, by and through its attorneys Hardin, Jesson & Terry, PLC, and moves the Court, pursuant to Fed. R. Civ. P. 56, stating there are no genuine issues as to any material fact, and that the Plaintiff is therefore entitled to judgment as a matter of law.  In support of its motion, Plaintiff submits herewith the following:

 1. Brief in Support of Motion for Summary Judgment;

 2. Statement of Material Facts as to which Plaintiff contends there is no genuine issue to be tried, in accordance with U.S. District Court Rule 56.1;

 3. The following exhibits are submitted herewith, which are more particularly identified in the Statement of Material Facts and Supporting Brief:

  Exhibit "A" – Relevant portions of the contract between the parties;

  Exhibit "B" – Correspondence from counsel for Plaintiff to the Defendant;

Exhibit "C" – Email correspondence between counsel for parties;

Exhibit "D" – Confirmation of contingent fee agreement;

Exhibit "E" – Affidavit of Cody Thompson;

Exhibit "F" – Affidavit of C. Brian Meadors.

WHEREFORE, Plaintiff prays for summary judgment on its claim for declaratory judgment in this cause, Plaintiff further prays for all other relief to which it may be entitled.

/s/ Rex M. Terry
Rex M. Terry
Arkansas Bar No. 76128
HARDIN, JESSON & TERRY, PLC
5000 Rogers Avenue, Suite 500
P. O. Box 10127
Fort Smith, AR  72917-0127
479-452-2200 - Phone
479-452-9097 - Fax
terry@hardinlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Jack East III, Esq. –   jeastiii@windstream.net
                        amandaspc@windstream.net

/s/ Rex M. Terry