## agreement with Tri-Built

From: **Cody Thompson** (codythompson@hotmail.com)
Sent: Tue 1/26/10 3:11 AM
To: brianmeadors@gmail.com

I spoke with Joey, they are agreeable to a 24% contingency agreement from this point forward. They agree to pay us for all services up to this point. For me, I have 39 hours for all litigation which is $7,800.00.


EXHIBIT "D"

## ATTORNEY CLIENT AGREEMENT

On this 29th day of January, 2010, Joey Marrone and Alan Harrison (Clients) on behalf of their companies/corporations enter into this Fee agreement between the Law Offices of Cody Thompson and the Pryor Law Firm (Lawyers):

WHEREAS, the Clients initially agreed to hire the Lawyers on an hourly basis of $200.00 per hour. Since the beginning of the multitude of lawsuits (NISHA, KBI, United Rentals, Comer and Trikon) until now, the Clients currently owe the Pryor Firm $10,764.08 and the Law Offices of Cody Thompson $8,550.00.

Upon initiation by the Clients, due to financial difficulties, the Clients wish to make certain changes to the representation agreement:

(A) The Clients desire that the TriBuilt v. NISHA and Centennial Bank matter be handled on a contingency basis, including the arbitration proceeding. As such, from this point forward, the Lawyers' fees shall be 24% of any recovery from either NISHA or Centennial Bank. After the 24% is deducted, any unpaid costs or expenses will be deducted, and then the remaining balance of the monies will be paid to the client or to any entity with a subrogated interest (i.e. IFIC). A "recovery" shall include, but not limited to money paid to the Clients (via settlement or verdict), attorney fees, interest, compensatory damages and punitive damages. This also includes any monies paid by NISHA and/or Centennial to any subcontractor on the underlying project, assuming such future payment happens pursuant to a judgment, court order, or with the consent of TriBuilt.

(B) In turn, the Lawyers agree to forgo the earned fees, set forth above, and switch to the 24% contingency agreement just on the NISHA/Centennial case (this switch also includes the arbitration proceeding which was mandated by Court Order).

(C) All other matters besides the TriBuilt v. NISHA and Centennial Bank matter shall continue to be handled by the Lawyers on an hourly basis of $200.00 per hour.

_____          _____
Alan Harrison                             Cody Thompson for the Firm


_____          _____
Joey Marrone                              Brian Meadors for the Firm

## Rex Terry

**From:** alan@tribuilt.com
**Sent:** Wednesday, May 12, 2010 11:41 AM
**To:** Cody Thompson; Rex Terry; BMeadors@prbslaw.com
**Subject:** Re: TriBuilt

Rex, this is Alan Harrison, I got Cody's email about the contigency fee agreement. Joey and I are in agreement with our attorneys for a 24% fee in lieu of an hourly rate.

Alan
Sent from my Verizon Wireless BlackBerry

---

**From:** Cody Thompson <codythompson@hotmail.com>
**Date:** Wed, 12 May 2010 15:57:44 +0000
**To:** <alan@tribuilt.com>
**Subject:** FW: TriBuilt

Alan:

Will you please send a short response to Terry@hardinlaw.com, that you and Joey asked for the contingency agreement and the 24% fee you are agreeable with.