IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**TRIBUILT CONSTRUCTION GROUP, LLC**                                    **PLAINTIFF**

v.      **CASE NO. 10-CV-02052 (JLH)**

**INTERNATIONAL FIDELITY INS. CO.**                                    **DEFENDANT**

**AFFIDAVIT OF CODY THOMPSON**

1. My name is Cody Thompson, and I have been a practicing attorney in this area for nearly 13 years. I represent TriBuilt Construction Group, LLC, in several matters pending in Arkansas state courts.

2. I graduated from University of Central Arkansas, summa cum laude (3.9 GPA), with a Business Administration Degree (B.A.). Also, I graduated from the University of Central Arkansas' Honors College, which was a minor degree, summa cum laude (4.0). My graduating thesis the Environment Impact of NAFTA was been cited in over 25 publications. At that time, I was the first scholarship athlete to be accepted by the Honors College. I earned my J.D. from the University of Arkansas-Little Rock law school. I 1997, I was the only Arkansas applicant to be accepted into the FBI and its academy in Quantico, Virginia. I opened my own law firm in February of 1999.

3. The primary focus of my practice is contractual disputes and personal injury claims both of which typically involve contingency fee arrangements.

4. From a client's perspective, the contingency fee arrangement is favored over the hourly rate because clients typically can not afford to pay an hourly rate in


EXHIBIT "E"

these types of cases..

5. It is my experience that most attorney charge 33% as a contingency fee and I have never charged and/or heard of any attorney taking less than 25% in a disputed contractual matter.

6. The ownership of TriBuilt asked that that agreement be switched from the $200.00 hourly rate to a contingency fee. The client has tentatively agreed to a 24% contingency fee arrangement. That percentage was negotiated on the basis of the total amount of attorney hours (at that time estimated to be approximately 400, although it has become apparent that much more time will be required) that it would take to obtain a final judgment. Also the possibility of a lesser and/or no recovery was also discussed.

7. It is my opinion that the 24% contingency agreement is fair and reasonable. I don't know any other attorneys in this region that would take on this case given its complexity and wide ranging ancillary proceedings.

8. I have reviewed the Statement of Undisputed Facts being filed in this case in support of TriBuilt's summary judgment motion. They are true and correct.

Statement under 28 U.S.C. § 1746: "I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___5/11/10___ (date) _____(Signature)