IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**TRIBUILT CONSTRUCTION GROUP, LLC**                    **PLAINTIFF**

v.                         CASE NO. 10-CV-02052 (JLH)

**INTERNATIONAL FIDELITY INS. CO.**                     **DEFENDANT**

### AFFIDAVIT OF C. BRIAN MEADORS

1. My name is C. Brian Meadors. I represent TriBuilt Construction Group, LLC, in several matters pending in Arkansas state courts.

2. I am a former nuclear submarine naval officer, graduate, *cum laude*, of Georgetown University Law Center, licensed professional engineer, and have been practicing law for eleven years (originally licensed in Virginia in 1999). Prior to becoming a partner in the Pryor firm in my hometown of Fort Smith, Arkansas, I practiced in the Energy Section of the Washington, D.C., office of the law firm of Morgan, Lewis & Bockius, a large corporate firm with over a thousand lawyers and locations all over the world

3. My practice is an equal mix of plaintiff and defense civil litigation.

4. I represent several insurance companies, and as part of those representations, I have defended litigation brought against an insured; rendered legal opinion letters regarding the rights of an insured under a policy; brought subrogation actions (some on an hourly basis, some on contingency) on behalf of an insured.

5. I also regularly represent plaintiffs in a variety of matters, including plaintiff claims arising from employment, civil rights violations, and contract matters.


EXHIBIT "F"

These cases are almost all under a contingency arrangement, including the claims based on breach of contract.

6. From a client's prospective, the contingency fee arrangement is favored over the hourly rate because clients typically can not afford to pay an hourly rate in these types of cases. It is my experience that most attorneys charge 33% as a contingency fee. Some local plaintiff's attorneys (those that advertise in the phone book, which I do not) charge a fee of 40%. I have never charged nor even heard of any attorney taking less than 25% in a disputed contractual matter nor in any other kind of case.

7. It is my opinion that the 24% contingency agreement that TriBuilt and its attorneys have tentatively agreed to (the arrangement is dependent on International Fidelity's approval) is fair and reasonable. I don't know any other attorneys in this region that would handle the TriBuilt litigation given its complexity and wide ranging ancillary proceedings.

8. I have reviewed the Statement of Undisputed Facts being filed in this case in support of TriBuilt's summary judgment motion. They are true and correct.

9. Attached is a letter I received from International Fidelity's attorney demanding that all recovered monies be placed in trust.

Statement under 28 U.S.C. § 1746: "I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/16/2010 (date)  _____ (Signature)

2

## JACK EAST III, P.A.
Attorney at Law

Telephone: (501) 372-3278  
Facsimile: (501) 376-0949  
jeastiii@alltel.net

Cantrell Valley Plaza  
2725 Cantrell Road, Suite 202  
Little Rock, AR 72202

April 26, 2010

TriBuilt Const. Group, LLC  
℅ Brian Meadors, Esq.  
Pryor, Robertson, Beasley & Smith, PLLC  
315 North Seventh Street  
P.O. Drawer 848  
Fort Smith, AR 72902-0848

Certified Mail  
No. 7008 3230 0003 1977 4839  
Return Receipt Requested

Re: Principal: TriBuilt Const. Group, LLC  
Bond Nos.: LR0361508, LR0361509, LR0361511, LR0493439,  
LR0493443, LR0493444, LR0493446, LR04934479  
Obligee: NISHA, LLC  
Project: Country Inns and Suites, Conway, AR

Dear Principal and Indemnitors:

Please regard this letter as International Fidelity Insurance Company's demand that TriBuilt open a trust account with an FDIC insured bank or similarly insured depository and deposit therein all monies received or to be received pursuant to any and all construction contracts bonded by International Fidelity Insurance Company.

Sincerely,

Jack East III

JEIII/tcw