UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| **TRIBUILT CONSTRUCTION GROUP, LLC** | **PLAINTIFF** |
| v.     Case No. 10-2052 | |
| **INTERNATIONAL FIDELITY INSURANCE COMPANY** | **DEFENDANT and COUNTERCLAIMANT** |
| **INTERNATIONAL FIDELITY INSURANCE COMPANY** | **THIRD PARTY PLAINTIFF** |
| v. | |
| **ALAN M. HARRISON, GAYE P. HARRISON, JOSEPH E. MARRONE, STACY M. MARRONE, and SOUTHLAND ENTERPRISES, LLC** | **THIRD PARTY DEFENDANTS** |

### MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Comes now defendant, International Fidelity Insurance Company (IFIC), and for its Motion to Extend Time to Respond to Plaintiff's Motion for Summary Judgment states:

1. On June 4, 2010 IFIC was served with plaintiff's Motion for Summary Judgment, Brief in Support and Statement of Undisputed Facts.

2. The depositions of plaintiff's owners, Alan Harrison and Joseph Marrone, have been tentatively scheduled for June 24, 2010.

3. Defendant believes the testimony of Mrs. Harrison and Marrone is important to resolution of plaintiff's Motion for Summary Judgment.

4. IFIC requests the time for it to respond to the Motion for Summary Judgment be extended to June 28, 2010.

5. Plaintiff has no objection to allowing IFIC until June 28, 2010 to respond to the Motion

for Summary Judgment.

**WHEREFORE**, International Fidelity Insurance Company prays the Court enter an Order extending the time to file a response to the Motion for Summary Judgment to June 28, 2010, inclusive, and for all other appropriate relief.

/s/ Jack East III
Jack East III
2725 Cantrell Road, Suite 202
Little Rock, AR 72202
(501) 372-3278
Bar ID No. 75-036

### CERTIFICATE OF SERVICE

I, Jack East III, Attorney at Law, do hereby certify that on June 8, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Rex Terry, Esq.
5000 Rogers Ave., Ste. 500
Fort Smith, AR 72917-0127

/s/ Jack East III
Jack East III