UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**TRIBUILT CONSTRUCTION GROUP, LLC**                                    PLAINTIFF

v.                                    **Case No. 10-2052**

**INTERNATIONAL FIDELITY**                                    **DEFENDANT and**
**INSURANCE COMPANY**                                    **COUNTERCLAIMANT**

**INTERNATIONAL FIDELITY**                                    **THIRD PARTY**
**INSURANCE COMPANY**                                    **PLAINTIFF**

v.

**ALAN M. HARRISON, GAYE P. HARRISON,**
**JOSEPH E. MARRONE, STACY M. MARRONE,**                    **THIRD PARTY**
**and SOUTHLAND ENTERPRISES, LLC**                          **DEFENDANTS**

<u>**RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**</u>

Comes now defendant, International Fidelity Insurance Company (IFIC), and for its Response to Motion for Summary Judgment (Response) states:

1.     Plaintiff, TriBuilt Construction Group, LLC (TriBuilt) is not entitled to Summary Judgment on its Complaint. TriBuilt has presented no undisputed factual assertions entitling it to summary judgment on the Counterclaim and Third Party Complaint.

2.     A Brief in Support of this Response is submitted.

3.     A Supplemental Statement of Material Facts is submitted in accordance with U.S. District Court Rule 56.1.

4.     The following exhibits are submitted herewith, which are more particularly identified in the Supplemental Statement of Material Facts and Supporting Brief:

   Exhibit A - Sebastian County Circuit Court Order;

   Exhibit B - NISHA Demand for Arbitration upon TriBuilt;

Exhibit C - November 5, 2009 Letter from NISHA's counsel to IFIC's Attorney-in-Fact with TriBuilt List of Unpaid Project Bills;

Exhibit D - November 12, 2009 IFIC letter to NISHA;

Exhibit E - April 26, 2010 letter from IFIC's counsel to TriBuilt;

Exhibit F - Deposition of Alan Harrison with Exhibits 1-14;

Exhibit G - Deposition of Joseph Marrone;

Exhibit H - Affidavit of Genise Teich.

**WHEREFORE**, International Fidelity Insurance Company prays the Court deny the Motion for Summary Judgment and for all other appropriate relief.

Respectfully Submitted,

/s/ Jack East III
Jack East III
2725 Cantrell Road, Ste. 202
Little Rock, AR 72202
(501) 372-3278
Bar ID No. 75-036

## CERTIFICATE OF SERVICE

I, Jack East III, hereby certify that on June 28, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such to the following counsel of record:

Rex M. Terry, Esq.
5000 Roges Ave., Suite 500
Fort Smith, AR 72917-0127

/s/ Jack East III
Jack East III

IN THE CIRCUIT COURT OF SEBASTIAN COUNTY, ARKANSAS
FORT SMITH DISTRICT
CIVIL DIVISION I

TRIBUILT CONSTRUCTION GROUP, LLC                                          PLAINTIFF

V.                          CASE NO. CV-2009-2097

NISHA, LLC, and
CENTENNIAL BANK f/k/a COMMUNITY BANK                                     DEFENDANTS

## ORDER

Comes now before the Court Defendants' separate Motions to Stay Proceedings Pending Arbitration and Defendants' Motion to Quash. Upon a review of the pleadings and after hearing argument of counsel, the Court, being well and sufficiently advised, for its Order finds:

This is the second occasion which the Court has had to visit this issue. The Court denied the previous motions to stay. Defendants have now filed motions correcting procedural deficiencies and requesting the Court to state the grounds for its denial of the motions if the Court's ruling remains unchanged.

### MOTION TO STAY PROCEEDINGS

The Court makes the following findings with respect to the Motions to Stay:


EXHIBIT A

(1) As to Defendant Centennial Bank there is no mutuality of obligation. Therefore, its Motion to Stay should be and hereby is denied.

(2) As to Defendant NISHA, A.C.A. 16-108-201 states an agreement to arbitrate is not binding as to tort matters. NISHA does not dispute Plaintiff's Amended Complaint sets forth tort claims but alleges they are all truly contractual in their nature. The Court does not agree. The conduct alleged in the Amended Complaint sets forth some claims which, if true, represent a foreseeable, unreasonable risk of harm to Plaintiff's interests. Those claims as alleged sound legitimately in tort rather than as a derivation of the contract issues. The Amended and Substituted Complaint sets forth seven (7) counts against NISHA for which recovery is sought. In the Court's opinion, the following counts are tortious in nature:

> Count Five - Defamation/False Light
> Count Six - Arkansas Deceptive Trade Practices Act
> Count Seven - Interference with business expectancy

All other counts, in the Court's view, are contractual in their essential nature and would be subject to the binding arbitration provision.

(3) It was the Court's reasoning in its previous Order that judicial economy dictated the retention of all claims if some were tortious in nature. Further research has convinced the Court its reasoning was flawed. The Court is now convinced the proper course is for it to retain jurisdiction of the tort claims against Defendant NISHA and all claims against Defendant Centennial Bank and to stay all proceedings as to the remaining claims against Defendant NISHA pending the completion of arbitration proceedings. See generally *CEI Engineering Associates, Inc. V. Elder Construction Co.*, 2009 Ark. App. 259. In summary, the Motions to Stay are granted as to Counts One, Two, Three and Four of the Amended and Substituted Complaint and denied in all other respects.

## MOTION TO QUASH SUBPOENA

The Motion to Quash as it relates to the scheduled deposition of Mr. Mark Rezanka is denied. The Court anticipates some of the deposition testimony may relate to some counts on which action has been stayed insofar as it overlaps and relates to the counts retained by this Court. In balancing those interests, the Court does not foresee prejudice to Defendants such as would warrant a delay or which would justify the Court's micro-management of the deposition. However, participation in the deposition by defense counsel may not be relied upon or presented as evidence of a waiver of Defendants' demands for arbitration or to their objections to this Court's jurisdiction of this matter.

IT IS SO ORDERED this 12th day of January, 2010.

STEPHEN TABOR
CIRCUIT JUDGE

# American Arbitration Association
*Dispute Resolution Services Worldwide*

## CONSTRUCTION INDUSTRY ARBITRATION RULES
### Demand for Arbitration

*MEDIATION: If you would like the AAA to contact the other parties and attempt to arrange a mediation, please check this box.* ☒
*There is no additional administrative fee for this service.*

| Name of Respondent | Name of Representative (if known) |
|---|---|
| Tri Built Construction Group, LLC | Cody Meadors |
| **Address:** | **Name of Firm (if applicable)** |
| PO Box 12021 | Pryor, Robertson, Beasley & Smith. |
| 4931 Old Greenwood Road | **Representative's Address:** 315 North 7th Street   PO Drawer 848 |

| City | State | Zip Code | City | State | Zip Code |
|---|---|---|---|---|---|
| Fort Smith | AR | 72917 | Fort Smith | AR | 72902-0848 |

| Phone No. | Fax No. | Phone No. | Fax No. |
|---|---|---|---|
| 479-648-8850 | 877-835-2762 | (479) 782-8813 | (479) 785-0254 |

| Email Address: | Email Address: |
|---|---|
| Alan@tribuilt.com | cbmeadors@prbslaw.com |

The named claimant, a party to an arbitration agreement dated **August 8, 2008**, which provides for arbitration under the Construction Industry Rules of the American Arbitration Association, hereby demands arbitration.

**ARBITRATION CLAUSE:** Please indicate whether the contract containing the dispute resolution clause governing this dispute is a standard industry form contract (such as AIA, ConsensusDOCS or AGC) or a customized contract for the specific project.

**Contract Form:** Customized Contract Form prepared by Tri Built

**THE NATURE OF THE DISPUTE**
Pursuant to the contract Tri Built Construction Group ("TCG") was to provide full and "Unconditional Lien Waivers" for all work for which payment had been made. NISHA requested that TCG provide full and "Unconditional Lien Waivers" for all payments made through 7/21/2009 and TCG refused. TCG produced fraudulent change orders that do not contain the required signatures of the Owner, & the Lender prior to performance of the work, per the contract language, & is demanding payment for the change orders. TCG owes NISHA approximately $144,000 in liquidated damages per the Contract.

| Dollar Amount of Claim $275,000.00 | Other Relief Sought: ☒ Attorneys Fees ☒ Interest ☒ Arbitration Costs ☒ Punitive/ Exemplary ☐ Other ___ |
|---|---|

Amount Enclosed $ **500.00**   In accordance with Fee Schedule: ☒ Flexible Fee Schedule   ☐ Standard Fee Schedule

If Flexible Fee Schedule, choose neutral selection preference:   ☒ AAA Arbitrator   ☐ Non-AAA Arbitrator

**PLEASE DESCRIBE APPROPRIATE QUALIFICATIONS FOR ARBITRATOR(S) TO BE APPOINTED TO HEAR THIS DISPUTE:**
Well educated in the construction process and have a full and complete understanding of the following terms and their application and use in commercial construction: Change Orders, Pay Requests, Unconditional & Conditional Lien Waivers, Liquidated Damages, Warranty and Punch List work.

| Hearing locale requested Little Rock, Arkansas | Project site Conway, Arkansas |
|---|---|
| Estimated time needed for hearings overall: ___ hours or  2.00  days | Specify type of business: Claimant Project Owner<br>Respondent Contractor |

You are hereby notified that copies of our arbitration agreement and this demand are being filed with the American Arbitration Association's Case Management Center, located in (check one)   ☐ Atlanta, GA   ☒ Dallas, TX   ☐ East Providence, RI   ☐ Fresno, CA   ☐ International Centre, NY, with a request that it commence administration of the arbitration. The AAA will provide notice of your opportunity to file an answering statement.

| Signature (may be signed by a representative) Date: 1/3/2009 | Name of Representative<br>J. Don Overton |
|---|---|
| Name of Claimant<br>NISHA, LLC | Name of Firm (if applicable)<br>The OvertonFirm, LLC |
| Address (to be used in connection with this case)<br>1850 JOHN HARDEN DR. | Representative's Address<br>PO Box 241031 |

| City | State | Zip Code | City | State | Zip Code |
|---|---|---|---|---|---|
| Jacksonville | AR | 72076 | Little Rock | AR | 72223 |

| Phone No. | Fax No. | Phone No. | Fax No. |
|---|---|---|---|
| 501-952-6574 | | 501-563-0186 | 501-771-1690 |

| Email Address: | Email Address: |
|---|---|
| ANDY PATEL [super8jax@comcast.net] | don@theovertonfirm.com |

To begin proceedings, please send two copies of this Demand and the Arbitration Agreement, along with the filing fee as provided for in the Rules, to the AAA. Send the original Demand to the Respondent.

Please visit our website at www.adr.org if you would like to file this case online. AAA Customer Service can be reached at 800-778-7879



EXHIBIT B

# The Overton Firm, LLC
### Attorney and Counselor at Law
POST OFFICE BOX 241031
LITTLE ROCK, ARKANSAS 72223
WWW.THEOVERTONFIRM.COM

501.563.0186

DON@THEOVERTONFIRM.COM

November 5, 2009

BROWN- HILLER- CLARK & ASSOCIATES
Attn: Becky Tipton
5500 EUPER LANE
FORT SMITH, AR 72903

BROWN- HILLER- CLARK & ASSOCIATES
Attn: Becky Tipton
PO Box 3529
FORT SMITH, AR 72913

TRI-BUILT CONSTRUCTION GROUP, LLC
PO Box 12021
Fort Smith, AR 72917

Ms. Tipton,

My name is Don Overton and I represent NISHA, LLC. I am sending this letter as formal written notice that as of today, November 5, 2009 there are unpaid subcontractors and/or material suppliers on the project know as Country Inn & Suites, Conway Arkansas.

As the bond issuer of record, let this serve as your notice that TriBuilt Construction Group, LLC ("TriBuilt") owes more funds to Subcontractors/suppliers for this project than there is retainage left in this project.

The owner of this project has been requesting, for two months, that TriBuilt comply with the terms of their contract and supply the owner with "Unconditional Lien Waivers" for each and every supplier/subcontractor that has completed delivery of materials or completed work through the CO date of 8/21/2009. TriBuilt has been unable to comply with this request and we have directed the subcontractors/suppliers that are still owed funds on this project to contact your office to make a claim against the bonds that were issued by your office for this project. I have attached a copy of the bonds to this letter for your convenience.

I have requested an updated list from TriBuilt of all parties that are still owed funds on this project so that we all may have an accurate record to try and get this situation settled. As of this date I have yet to receive a response from tribuilt to this request. I have attached a printout that was received by NISHA, LLC previously that listed $664,169.09 in outstanding Accounts Payable for this project against a retainage balance that is less than half of this amount.

I am aware that your office will possibly make a claim against the retainage to mitigate your loss on the payment bond payout, and those funds are secure.

Please feel free to contact me at you earliest convenience if you have any questions or need further documentation to settle this matter.

Yours Very Truly,

J. Don Overton, Esq.

Encl: Copy of Labor and Material Payment Bonds; Unpaid Bills by Job Report



09-08-'09 16:04 FROM-Carter Walker 501-605-1348 T-121 P005/007 F-225

9:17 PM
09/04/09
Accrual Basis

# TRIBUILT CONSTRUCTION GROUP, LLC
## Unpaid Bills by Job
### All Transactions

| Type | Num | Source Name | Open Balance |
|---|---|---|---|
| **Country Inn & Suites - Conway** | | | |
| Bill | 100562 | A-VETERANS FLAG & FLAGPOLE INC | 1,835.00 |
| Bill | 348435 | A & B Reprographics, Inc. | 1.90 |
| Bill | 348586 | A & B Reprographics, Inc. | 3.80 |
| Bill | 348797 | A & B Reprographics, Inc. | 9.50 |
| Bill | 349391 | A & B Reprographics, Inc. | 1.90 |
| Bill | 350015 | A & B Reprographics, Inc. | 3.28 |
| Bill | 354372 | A & B Reprographics, Inc. | 1.90 |
| Bill | 357554 | A & B Reprographics, Inc. | 5.46 |
| Bill | 4024987 RI | ACME BRICK COMPANY | 3,709.93 |
| Bill | 4064781 RI | ACME BRICK COMPANY | 3,091.62 |
| Bill | 4093909 RI | ACME BRICK COMPANY | 504.74 |
| Bill | 4088616 RI | ACME BRICK COMPANY | 504.74- |
| Bill | 3966004 RI | ACME BRICK COMPANY | 2,782.45 |
| Bill | 4029123 RI | ACME BRICK COMPANY | 2,885.52 |
| Bill | 17069 | ADVANCED | 85.00 |
| Bill | 0858-000311586 | Allen James | 488.52 |
| Bill | 0858-000301363 | ALLIED WASTE SERVICES | 2,835.08 |
| Bill | 0858-000310955 | ALLIED WASTE SERVICES | 1,493.00 |
| Bill | 0858-000317805 | ALLIED WASTE SERVICES | 2,404.58 |
| Bill | 1117655 | ALLISON TILE SALES | 7,707.99 |
| Bill | 1118507 | ALLISON TILE SALES | 408.33 |
| Bill | 2227 | Arkansas Building Supplies, LLC | 524.23 |
| Bill | 2053 | Arkansas Building Supplies, LLC | 624.23 |
| Bill | 3108 | Arkansas Line Marking | 2,200.00 |
| Bill | A-37854 | Arkansas Portable Toilets | 32.48 |
| Bill | A-38034 | Arkansas Portable Toilets | 188.34 |
| Bill | 38687 | Arkansas Portable Toilets | 188.34 |
| Bill | A-38315 | Arkansas Portable Toilets | 188.34 |
| Bill | 37470 | Arkansas Portable Toilets | 188.34 |
| Bill | 8013295744 JULY | AT&T | 109.75 |
| Bill | 3295744 AUG | AT&T | 88.71 |
| Bill | 139494 | BROWN-HILLER-CLARK & ASSOC. | 9,000.00 |
| Bill | 139602 | BROWN-HILLER-CLARK & ASSOC. | 7,500.00 |
| Bill | 139855 | BROWN-HILLER-CLARK & ASSOC. | 4,695.00 |
| Bill | 480 | BURKETT PAPER HANGING | 4,161.50 |
| Bill | 657 | Cenant Construction, Inc. | 1,898.00 |
| Bill | INV097565 | COMMERCIAL LIGHTING INDUSTRIES | 13,984.23 |
| Bill | INV097965 | COMMERCIAL LIGHTING INDUSTRIES | 2,049.08 |
| Bill | INV096902 | COMMERCIAL LIGHTING INDUSTRIES | 574.24 |
| Bill | INV096429 | COMMERCIAL LIGHTING INDUSTRIES | 572.21 |
| Bill | INV098831 | COMMERCIAL LIGHTING INDUSTRIES | 1,003.38 |
| Bill | INV099115 | COMMERCIAL LIGHTING INDUSTRIES | 14,899.56 |
| Bill | INV099150 | COMMERCIAL LIGHTING INDUSTRIES | 198.49 |
| Bill | 1943903 | CONWAY CORPORATION | 128.97 |
| Bill | 1968500 | CONWAY CORPORATION | 222.10 |
| Bill | 1968501 | CONWAY CORPORATION | 2,802.28 |
| Bill | AUGUST 09 | CONWAY CORPORATION | 4,944.70 |
| Bill | AUGUST 09 | CONWAY CORPORATION | 495.23 |
| Bill | UNDERBILLED | CONWAY CORPORATION | 18.96 |
| Bill | UNDERBILLED | CONWAY CORPORATION | 19.58 |
| Bill | 1982504 | CONWAY CORPORATION | 276.59 |
| Bill | 0026086-01 | CONWAY EQUIPMENT RENTALS & SAL | 16.39 |
| Bill | 026087-01 | CONWAY EQUIPMENT RENTALS & SAL | 22.92 |
| Bill | FINANCE CHARGE | CONWAY EQUIPMENT RENTALS & SAL | 0.61 |
| Bill | 1706 | CONWAY STEEL FABRICATION, INC. | 327.58 |
| Bill | 1668 | CONWAY STEEL FABRICATION, INC. | 1,973.40 |
| Bill | 1732 | CONWAY STEEL FABRICATION, INC. | 38.66 |
| Bill | 1764 | CONWAY STEEL FABRICATION, INC. | 119.08 |
| Bill | 1779 | CONWAY STEEL FABRICATION, INC. | 428.67 |
| Bill | 24092 | CUSTOM GLASS | 5,591.38 |
| Bill | 24438 | CUSTOM GLASS | 5,947.17 |
| Bill | 24439 | CUSTOM GLASS | 308.51 |
| Bill | AUGUST 09 | FIRST NATIONAL BANK LINE OF CREDIT | 273.28 |
| Bill | App # 6 | Freedom Fire Pro | 982.08 |
| Bill | App # 7 | Freedom Fire Pro | 9,615.90 |
| Bill | 82-853358 | GENERAL ELECTRIC CO. | 38,324.88 |
| Bill | 82-920782 | GENERAL ELECTRIC CO. | 89.26 |



Page 1

'09-08-'09 16:05 FROM-Carter Walker        501-605-1348         T-121 P006/007 F-225

9:17 PM
09/04/09
Accrual Basis

## TRIBUILT CONSTRUCTION GROUP, LLC
## Unpaid Bills by Job
### All Transactions

| Type | Num | Source Name | Open Balance |
|---|---|---|---|
| Bill | 82-981482 | GENERAL ELECTRIC CO. | 47.63 |
| Bill | 82-982007 | GENERAL ELECTRIC CO. | 49.60 |
| Bill | 08272009 | GOUCHER WATERPROOFING | 8,395.83 |
| Bill | 08282009 | GOUCHER WATERPROOFING | 670.00 |
| Bill | A6 29001410 | GRAND ENTRANCE | 830.22 |
| Bill | 343332 | GRAPHIC SYSTEMS, INC. | 5,139.32 |
| Bill | S39368 | H & E EQUIPMENT SERVICES | 2,884.20 |
| Bill | 2383 | HARRIS & HARRIS CONCRETE PLUMB... | 660.00 |
| Bill | 91042027 | HUGG & HALL EQUIPMENT COMPANY | 373.84 |
| Bill | 91042079 | HUGG & HALL EQUIPMENT COMPANY | 415.15 |
| Bill | 91042225 | HUGG & HALL EQUIPMENT COMPANY | 908.96 |
| Bill | 91042517 | HUGG & HALL EQUIPMENT COMPANY | 1,241.08 |
| Bill | 91042815 | HUGG & HALL EQUIPMENT COMPANY | 275.31 |
| Bill | 91042877 | HUGG & HALL EQUIPMENT COMPANY | 677.35 |
| Bill | 91043742 | HUGG & HALL EQUIPMENT COMPANY | 1,794.97 |
| Bill | 18 | JAMELL TILE AND STONE | 74,501.15 |
| Bill | 08242009-1 | KITCHEN & BATH IDEAS | 29,070.00 |
| Bill | 08242009-2 | KITCHEN & BATH IDEAS | 3,360.00 |
| Bill | 07152009 | KITCHEN & BATH IDEAS | 3,950.00 |
| Bill | APRIL | LUMBER ONE HOME CENTER | 16,876.35 |
| Bill | 50004399 | LUMBER ONE HOME CENTER | 1,341.59 |
| Bill | 50007551 | LUMBER ONE HOME CENTER | 731.42 |
| Bill | 50007671 | LUMBER ONE HOME CENTER | 63.69 |
| Bill | SERVICE CHARGE | LUMBER ONE HOME CENTER | 147.60 |
| Bill | finance charge | LUMBER ONE HOME CENTER | 146.63 |
| Bill | 41704 | Magnum Materials | 219.53 |
| Bill | 41757 | Magnum Materials | 7,278.99 |
| Bill | 41844 | Magnum Materials | 1,221.83 |
| Bill | 41923 | Magnum Materials | 38.97 |
| Bill | 42585 | Magnum Materials | 740.30 |
| Bill | 45101653 | MDC WALLCOVERINGS | 145.89 |
| Bill | 7815-7816-7817 | MICROTEL INN & SUITES | 202.02 |
| Bill | 137031418 | MOBILE MINI LLC | 159.81 |
| Bill | 137031364 | MOBILE MINI LLC | 167.28 |
| Bill | 137031467 | MOBILE MINI LLC | 179.98 |
| Bill | 137031256 | MOBILE MINI LLC | 150.03 |
| Bill | 137031257 | MOBILE MINI LLC | 422.34 |
| Bill | 137032468 | MOBILE MINI LLC | 167.28 |
| Bill | 137032268 | MOBILE MINI LLC | 162.54 |
| Bill | 137032864 | MOBILE MINI LLC | 167.28 |
| Bill | 137032623 | MOBILE MINI LLC | 159.81 |
| Bill | 137032521 | MOBILE MINI LLC | 405.27 |
| Bill | 137032683 | MOBILE MINI LLC | 179.98 |
| Bill | late charges | MOBILE MINI LLC | 120.20 |
| Bill | 137033504 | MOBILE MINI LLC | 179.98 |
| Bill | 137033636 | MOBILE MINI LLC | 167.28 |
| Bill | 137033557 | MOBILE MINI LLC | 156.29 |
| Bill | 137033734 | MOBILE MINI LLC | 150.03 |
| Bill | 137033786 | MOBILE MINI LLC | 159.81 |
| Bill | 137033828 | MOBILE MINI LLC | 179.98 |
| Bill | 137034577 | MOBILE MINI LLC | 179.98 |
| Bill | 137034757 | MOBILE MINI LLC | 167.28 |
| Bill | 137034864 | MOBILE MINI LLC | 167.25 |
| Bill | App # 8 | MOSES MECHANICAL, INC. | 43,816.82 |
| Bill | App # 9 | MOSES MECHANICAL, INC. | 27,548.64 |
| Bill | App # 9 | MOSES MECHANICAL, INC. | 22,645.21 |
| Bill | 281099 | MUSSINO DISTRIBUTING CO., INC | 3,805.69 |
| Bill | APP#3 | N K PLASTERING, LLC | 20,465.14 |
| Bill | 9-77540 | NATIONAL HOME CENTERS, INC. | 321.05 |
| Bill | 9-80683 | NATIONAL HOME CENTERS, INC. | 29.16 |
| Bill | 38448607 | NES RENTALS | 3,150.08 |
| Bill | 43737802 | NES RENTALS | 182.38 |
| Bill | 44392801 | NES RENTALS | 1,556.24 |
| Bill | 2898734 | NES RENTALS | 64.20 |
| Bill | 40833705 | NES RENTALS | 1,959.33 |
| Bill | 2905310 | NES RENTALS | 205.26 |
| Bill | 44392802 | NES RENTALS | 1,575.05 |
| Bill | 2910849 | NES RENTALS | 533.57 |

09-08-'09 16:05 FROM-Carter Walker        501-605-1348         T-121  P007/007  F-225

9:17 PM
09/04/09
Accrual Basis

# TRIBUILT CONSTRUCTION GROUP, LLC
## Unpaid Bills by Job
### All Transactions

| Type | Num | Source Name | Open Balance |
|---|---|---|---:|
| Bill | 40833706 | NES RENTALS | 1,959.33 |
| Bill | 38448608 | NES RENTALS | 3,150.08 |
| Bill | 43797903 | NES RENTALS | 182.38 |
| Bill | 2923809 | NES RENTALS | 208.31 |
| Bill | 2926741 | NES RENTALS | 208.31 |
| Bill | 44392803 | NES RENTALS | 1,575.05 |
| Bill | 43797904 | NES RENTALS | 182.38 |
| Bill | 38448609 | NES RENTALS | 3,150.08 |
| Bill | 40833707 | NES RENTALS | 1,959.33 |
| Bill | 44392804 | NES RENTALS | 1,575.05 |
| Bill | 38448610 | NES RENTALS | 3,011.56 |
| Bill | 43797905 | NES RENTALS | 182.38 |
| Bill | 44392805 | NES RENTALS | 1,725.54 |
| Bill | 40833708 | NES RENTALS | 1,959.33 |
| Bill | 43797906 | NES RENTALS | 54.13 |
| Bill | INV-166701 | ONITY, INC. | 14,982.57 ✓ |
| Bill | INV-167878 | ONITY, INC. | 262.00 |
| Bill | INV-178525 | ONITY, INC. | 7,573.59 |
| Bill | PSI-997672 | PAC-VAN, INC | 202.38 |
| Bill | PSI-1007423 | PAC-VAN, INC | 202.38 |
| Bill | PSI-1027902 | PAC-VAN, INC | 202.38 |
| Bill | PSI-1038847 | PAC-VAN, INC | 282.38 |
| Bill | PSI-1048468 | PAC-VAN, INC | 218.62 |
| Bill | PSI-1058834 | PAC-VAN, INC | 218.62 |
| Bill | 06152009 | PEDRO DIAZ MASONRY | 2,215.00 |
| Bill | 08122009 | Pioneer Solution Specialties | 1,570.00 |
| Bill | C/O | Pioneer Solution Specialties | 320.00 |
| Bill | 1047- RETAINAGE | Pioneer Solution Specialties | 2,660.00 |
| Bill | 1048 REVISED | Pioneer Solution Specialties | 670.00 |
| Bill | App #6 | Robert Bailey Electric, Inc. | 38,700.00 |
| Bill | app #7 | Robert Bailey Electric, Inc. | 22,500.00 |
| Bill | app #4 - Fire | Robert Bailey Electric, Inc. | 5,670.00 |
| Bill | APP # 6 | Robert Bailey Electric, Inc. | 1,478.60 |
| Bill | APP # 9 | Robert Bailey Electric, Inc. | 8,040.00 |
| Bill | APP # 7 | Robert Bailey Electric, Inc. | 10,974.40 |
| Bill | APP # 10 | Robert Bailey Electric, Inc. | 5,713.20 |
| Bill | APP #3 | SEASIDE POOLS, INC | 12,260.97 |
| Bill | 160301 | SEFERINO ORSONIA | 65.00 |
| Bill | 4 | Simon Home Improvements | 915.00 |
| Bill | 5 | Simon Home Improvements | 1,375.00 |
| Bill | 6 | Simon Home Improvements | 5,081.00 |
| Bill | INV0678184 | Southern Star Concrete, Inc. | 86.34 |
| Bill | INV0675958 | Southern Star Concrete, Inc. | 476.32 |
| Bill | INV0686497 | Southern Star Concrete, Inc. | 1,623.76 |
| Bill | INV0688056 | Southern Star Concrete, Inc. | 405.95 |
| Bill | INV0680531 | Southern Star Concrete, Inc. | 1,490.61 |
| Bill | BI0018973 | Southern Star Concrete, Inc. | 110.42 |
| Bill | INV0689958 | Southern Star Concrete, Inc. | 2,235.84 |
| Bill | INV0690585 | Southern Star Concrete, Inc. | 1,055.45 |
| Bill | BI0018994 | Southern Star Concrete, Inc. | 55.76 |
| Bill | BI0019031 | Southern Star Concrete, Inc. | 106.24 |
| Bill | INV0691375 | Southern Star Concrete, Inc. | 496.88 |
| Bill | BI0019443 | Southern Star Concrete, Inc. | 822.70 |
| Bill | INV0703762 | Southern Star Concrete, Inc. | 2,638.63 |
| Bill | BI0019521 | Southern Star Concrete, Inc. | 205.68 |
| Bill | INV0706321 | Southern Star Concrete, Inc. | 243.00 |
| Bill | 2 | SUPERIOR STRIPING LLC | 1,735.00 |
| Bill | APP # 1 | Suspended Systems II, Inc. | 3,152.00 |
| Bill | APP # 2 | Suspended Systems II, Inc. | 6,134.00 |
| Bill |  | tHE ELECTRIC CONNECTION | 176.46 |
| Bill | 18852 | Vilonia Metal Works, Inc. | 44.94 |
| Bill | FINAL | Vision Painting, Inc. | 1,581.00 |

Total Country Inn & Suites - Conway     654,169.09

TOTAL     654,169.09

International Fidelity Insurance Company
One Newark Center – 20th Floor
Newark, NJ 07102
(973) 624 7200
www.ific.com



IFIC
*Suretyship*
*since 1904*

November 12, 2009

**Via:  Certified & Regular Mail**

J. Don Overton, Esq.
The Overton Firm, LLC
P.O. Box 241031
Little Rock, AR 72223

    Re:  **Principal:**    TriBuilt Const. Group, LLC
          **Obligee:**     NISHA, LLC
          **Project:**     Country Inns and Suites, Conway, AR Work
          **Bond Nos.:**  LR0361509; LR0361508; LR0361511; LR0493439;
                        LR0493443; LR0493444; LR0493446; LR0493447

Dear Mr. Overton:

International Fidelity Insurance Company ("International"), is the surety for TriBuilt Const. Group, LLC ("Principal") with reference to the above-mentioned construction project. We are presently investigating the status of this matter on behalf of International.

As surety to the principal, International hereby requests that you promptly provide a status report indicating the following information regarding our Principal's work on the project: (1) the percentage of work completed; (2) the amount of funds remaining unpaid under the contract; (3) the completion date for the work, including time extensions, approved or pending; (4) a schedule of payments made and retention withheld; (5) whether our Principal's performance is/was untimely; and (6) whether any work has been improperly performed.

Furthermore, International has either received payment bond claims or has otherwise been informed of unpaid project subcontractors and suppliers.

As a consequence of these circumstances, the Surety is being exposed to potential losses under its payment bonds furnished for this project.



EXHIBIT
D

We are attempting to communicate with the appropriate representatives of all parties involved to investigate the facts concerning this matter. As of this time, however, we hereby demand, on behalf of International, that no further funds be released under the above-referenced contract(s) without the written consent and direction of International. This request is being made on the basis of and to protect the Surety's rights of subrogation and to enable the Surety to protect its interests under its bonds furnished for this project. <u>International is not, however, requesting that you terminate the Principal on any project.</u> Rather, International endeavors only to ensure that project funds are utilized properly, namely to fund any and all project costs, including payment to subcontractors and suppliers on the Principal's bonded contracts.

Although we are confident that you will comply with the above "stop-payment" request, please be advised that an obligee under a bond can be held liable to a surety if it pays contract proceeds contrary to the surety's instructions. <u>Balboa Insurance Company v. United States</u>, 775 F.2d 1158 (Fed. Cir. 1985) Your anticipated cooperation is appreciated.

Should you have any questions, please contact me at extension 238. This letter is sent without prejudice to the rights of the Surety and it shall not constitute a waiver or release of any of its rights defenses, or setoffs.

Very truly yours,

INTERNATIONAL FIDELITY INSURANCE COMPANY

Genise Teich
Senior Managing Claims Counsel

cc: TriBuilt Const. Group, LLC
    Brown-Hiller-Clark & Assoc.
    Little Rock Regional

### JACK EAST III, P.A.
Attorney at Law

Telephone: (501) 372-3278  
Facsimile: (501) 376-0949  
jeastiii@alltel.net

Cantrell Valley Plaza  
2725 Cantrell Road, Suite 202  
Little Rock, AR 72202

FILE COPY

April 26, 2010

TriBuilt Const. Group, LLC  
℅ Brian Meadors, Esq.  
Pryor, Robertson, Beasley & Smith, PLLC  
315 North Seventh Street  
P.O. Drawer 848  
Fort Smith, AR 72902-0848

Certified Mail  
No. 7008 3230 0003 1977 4839  
Return Receipt Requested

Re:  Principal:   TriBuilt Const. Group, LLC  
     Bond Nos.: LR0361508, LR0361509, LR0361511, LR0493439,  
                  LR0493443, LR0493444, LR0493446, LR04934479  
     Obligee:    NISHA, LLC  
     Project:    Country Inns and Suites, Conway, AR

Dear Principal and Indemnitors:

Please regard this letter as International Fidelity Insurance Company's demand that TriBuilt open a trust account with an FDIC insured bank or similarly insured depository and deposit therein all monies received or to be received pursuant to any and all construction contracts bonded by International Fidelity Insurance Company.

Sincerely,

Jack East III



EXHIBIT E

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Brian Shephurd    C. Date of Delivery |
| 1. Article Addressed to:<br>TriBuilt Const. Group, LLC<br>℅ Brian Meadors, Esq<br>315 North 7th Street<br>P.O. Drawer 848<br>Ft. Smith, AR 72902-0848 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 3230 0003 1977 4839 |

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540