Date: September 4, 2009

To: Carter Walker, Attorney

From: Alan Harrison, Tribuilt Construction Group, LLC

RE: Outstanding Accounts Payable and Profit and Loss for Country Inns and Suites, Conway, AR



DEPOSITION EXHIBIT 8

Memo: Dear Sir, per your faxed request I have attached the following: Country Inns and Suites Profit and Loss and the Unpaid Bills report for the same project.

Please note that I am not certifying this information as being 100% complete. This information should be used for information purposes. The project has just recently been completed and some additional bills may come in, also the current bills have not been audited by either of the owners of the company or our CPA firm. There may be duplicate billing input in this calculation, however, we have had our staff bookkeeper go through the current unpaid bills and it appears to be accurate. There are some bills however that will be charged back to other subcontractors as charge backs for incomplete or subpar workmanship that needed to be repaired by another subcontractor.

I included a copy of our profit and loss. I included this item because as you will quickly see, the job cost more than we have been paid. The income does reflect retainage being earned, although it has not been paid yet. A major reason for the significant cost overrun is due to dozens of architectural revisions and modifications by the design team or by omission by the design team. All of these omissions and modifications are noted and are on file in our office and have change orders that are not resolved with the owners. Another note regarding this Profit and Loss is that the administrative or construction management overhead is not shown on the P&L, rather it is an internal transfer of funds. Those expenses must be itemized and brought over to the costs of the hotel. At this time we have identified $108,000 of direct construction administrative expenses related to the CIS project.

I mention this because the first thing that will be noticed when reviewing the unpaid bills is that they are more than the amount due Tribuilt. However, when the P&L is reviewed and the administrative expenses are compared to the income for the project, the total project costs exceeds income by more than the outstanding balance of bills (remember that the income shows $375,000 earned but unpaid retainage). That means that we have personally subsidized this project with other profits.

Please review and request any additional information in writing.

Best Regards

Alan Harrison, President

Tribuilt Construction Group, LLC

PO Box 12021, Fort Smith, AR 72917

BANK - 1123

Carter Walker    501-605-1348    T-121  P004/007  F-225

6:35 PM
09/04/08
Accrual Basis

## TRIBUILT CONSTRUCTION GROUP, LLC
## Profit & Loss by Job
### All Transactions

|  | Country Inn & Suites - Conway | TOTAL |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| 30110 · Income, construction | 3,562,463.78 | 3,562,463.78 |
| 30200 · Over/Under billings | (47,980.31) | (47,980.31) |
| **Total Income** | 3,514,483.47 | 3,514,483.47 |
| **Cost of Goods Sold** | | |
| 40100 · Planning | 408.78 | 408.78 |
| 40150 · Licenses, permits, & bonds | 59,952.10 | 59,952.10 |
| 40400 · Dump fees | 9,792.66 | 9,792.66 |
| 40500 · SHEETROCK | 36,107.18 | 36,107.18 |
| 40600 · SITE WORK | 183,857.06 | 183,857.06 |
| 40700 · STRUCTURAL AND FINISHES | 3,094,576.01 | 3,094,576.01 |
| 40800 · GENERAL CONDITIONS | 277,335.55 | 277,335.55 |
| 40900 · ALLOWANCES | 13,650.00 | 13,650.00 |
| 41900 · Tools and Small Equipment | 79.97 | 79.97 |
| 42000 · Travel | 18,714.38 | 18,714.38 |
| INDIRECT COSTS | 69,880.20 | 69,880.20 |
| **Total COGS** | 3,764,353.89 | 3,764,353.89 |
| **Gross Profit** | (249,870.42) | (249,870.42) |
| **Expense** | | |
| 50200 · Advertising | 108.16 | 108.16 |
| 55200 · Office Supplies | 2,343.40 | 2,343.40 |
| 57300 · Travel Expense | 32.00 | 32.00 |
| 7300 · OTHER | 0.00 | 0.00 |
| **Total Expense** | 2,483.56 | 2,483.56 |
| **Net Ordinary Income** | (252,353.98) | (252,353.98) |
| **Other Income/Expense** | | |
| **Other Income** | | |
| 60120 · Discounts taken | 1,000.00 | 1,000.00 |
| **Total Other Income** | 1,000.00 | 1,000.00 |
| **Other Expense** | | |
| 70200 · Interest Expense | 813.66 | 813.66 |
| **Total Other Expense** | 813.66 | 813.66 |
| **Net Other Income** | 186.34 | 186.34 |
| **Net Income** | (252,167.64) | (252,167.64) |

BANK - 1124

Pag

FROY-Carter Walker     501-605-1348     T-121  P005/007  F-225

9:17 PM
09/04/09
Accrual Basis

## TRIBUILT CONSTRUCTION GROUP, LLC
## Unpaid Bills by Job
### All Transactions

| Type | Num | Source Name | Open Balance |
|---|---|---|---:|
| **Country Inn & Suites - Conway** | | | |
| Bill | 100562 | A-VETERANS FLAG & FLAGPOLE INC | 1,835.00 |
| Bill | 348435 | A & B Reprographics, Inc. | 1.90 |
| Bill | 348586 | A & B Reprographics, Inc. | 3.80 |
| Bill | 348797 | A & B Reprographics, Inc. | 9.50 |
| Bill | 349391 | A & B Reprographics, Inc. | 1.90 |
| Bill | 350015 | A & B Reprographics, Inc. | 3.28 |
| Bill | 354372 | A & B Reprographics, Inc. | 1.90 |
| Bill | 357654 | A & B Reprographics, Inc. | 5.46 |
| Bill | 4024987 RI | ACME BRICK COMPANY | 3,709.93 |
| Bill | 4064781 RI | ACME BRICK COMPANY | 3,091.62 |
| Bill | 4093909 RI | ACME BRICK COMPANY | 504.74 |
| Bill | 4086616 RI | ACME BRICK COMPANY | 504.74 |
| Bill | 3986004 RI | ACME BRICK COMPANY | 2,782.48 |
| Bill | 4029123 RI | ACME BRICK COMPANY | 2,885.52 |
| Bill | 17069 | ADVANCED | 85.00 |
| Bill | 0858-000311586 | Allen James | 468.52 |
| Bill | 0858-000301363 | ALLIED WASTE SERVICES | 2,835.08 |
| Bill | 0858-000310955 | ALLIED WASTE SERVICES | 1,493.00 |
| Bill | 0858-000317805 | ALLIED WASTE SERVICES | 2,404.58 |
| Bill | 1117655 | ALLISON TILE SALES | 7,707.99 |
| Bill | 1118507 | ALLISON TILE SALES | 408.33 |
| Bill | 2227 | Arkansas Building Supplies, LLC | 524.23 |
| Bill | 2083 | Arkansas Building Supplies, LLC | 824.23 |
| Bill | 3108 | Arkansas Line Marking | 2,200.00 |
| Bill | A-37854 | Arkansas Portable Toilets | 32.48 |
| Bill | A-38034 | Arkansas Portable Toilets | 188.34 |
| Bill | 38567 | Arkansas Portable Toilets | 188.34 |
| Bill | A-39315 | Arkansas Portable Toilets | 188.34 |
| Bill | 37470 | Arkansas Portable Toilets | 188.34 |
| Bill | 5013295744 JULY | AT&T | 109.75 |
| Bill | 3295744 AUG | AT&T | 88.71 |
| Bill | 139494 | BROWN-HILLER-CLARK & ASSOC. | 9,000.00 |
| Bill | 139802 | BROWN-HILLER-CLARK & ASSOC. | 7,500.00 |
| Bill | 139855 | BROWN-HILLER-CLARK & ASSOC. | 4,695.00 |
| Bill | 480 | BURKETT PAPER HANGING | 4,161.50 |
| Bill | 857 | Canant Construction, Inc. | 1,898.00 |
| Bill | INV097565 | COMMERCIAL LIGHTING INDUSTRIES | 13,984.23 |
| Bill | INV097966 | COMMERCIAL LIGHTING INDUSTRIES | 2,049.08 |
| Bill | INV098902 | COMMERCIAL LIGHTING INDUSTRIES | 574.24 |
| Bill | INV098429 | COMMERCIAL LIGHTING INDUSTRIES | 572.21 |
| Bill | INV098831 | COMMERCIAL LIGHTING INDUSTRIES | 1,003.38 |
| Bill | INV099115 | COMMERCIAL LIGHTING INDUSTRIES | 14,899.55 |
| Bill | INV099150 | COMMERCIAL LIGHTING INDUSTRIES | 198.49 |
| Bill | 1943903 | CONWAY CORPORATION | 128.97 |
| Bill | 1968500 | CONWAY CORPORATION | 222.10 |
| Bill | 1968501 | CONWAY CORPORATION | 2,802.28 |
| Bill | AUGUST 09 | CONWAY CORPORATION | 4,944.70 |
| Bill | AUGUST 09 | CONWAY CORPORATION | 495.23 |
| Bill | UNDERBILLED | CONWAY CORPORATION | 15.86 |
| Bill | UNDERBILLED | CONWAY CORPORATION | 19.58 |
| Bill | 1982504 | CONWAY CORPORATION | 276.59 |
| Bill | 0026086-01 | CONWAY EQUIPMENT RENTALS & SAL | 16.39 |
| Bill | 026087-01 | CONWAY EQUIPMENT RENTALS & SAL | 22.92 |
| Bill | FINANCE CHARGE | CONWAY EQUIPMENT RENTALS & SAL | 0.61 |
| Bill | 1706 | CONWAY STEEL FABRICATION, INC. | 327.58 |
| Bill | 1668 | CONWAY STEEL FABRICATION, INC. | 1,973.40 |
| Bill | 1732 | CONWAY STEEL FABRICATION, INC. | 38.66 |
| Bill | 1764 | CONWAY STEEL FABRICATION, INC. | 119.08 |
| Bill | 1779 | CONWAY STEEL FABRICATION, INC. | 428.67 |
| Bill | 24092 | CUSTOM GLASS | 6,591.38 |
| Bill | 24438 | CUSTOM GLASS | 5,947.17 |
| Bill | 24439 | CUSTOM GLASS | 308.51 |
| Bill | AUGUST 09 | FIRST NATIONAL BANK LINE OF CREDIT | 273.26 |
| Bill | App # 6 | Freedom Fire Pro | 982.08 |
| Bill | App # 7 | Freedom Fire Pro | 9,615.90 |
| Bill | 82-853358 | GENERAL ELECTRIC CO. | 38,324.68 |
| Bill | 82-920782 | GENERAL ELECTRIC CO. | 69.28 |

FROM-Carter Walker      501-605-1348      T-121  P006/007  F-22!

9:17 PM
06/04/09
Accrual Basis

# TRIBUILT CONSTRUCTION GROUP, LLC
## Unpaid Bills by Job
### All Transactions

| Type | Num | Source Name | Open Balance |
|---|---|---|---|
| Bill | 82-961482 | GENERAL ELECTRIC CO. | 47.63 |
| Bill | 82-982007 | GENERAL ELECTRIC CO. | 49.80 |
| Bill | 08272009 | GOUCHER WATERPROOFING | 9,395.83 |
| Bill | 08262009 | GOUCHER WATERPROOFING | 670.00 |
| Bill | A6-29001410 | GRAND ENTRANCE | 830.22 |
| Bill | 343332 | GRAPHIC SYSTEMS, INC. | 5,139.32 |
| Bill | 339360 | H & E EQUIPMENT SERVICES | 2,884.20 |
| Bill | 2363 | HARRIS & HARRIS CONCRETE PLUMB... | 660.00 |
| Bill | 91042027 | HUGG & HALL EQUIPMENT COMPANY | 373.64 |
| Bill | 91042079 | HUGG & HALL EQUIPMENT COMPANY | 415.15 |
| Bill | 91042225 | HUGG & HALL EQUIPMENT COMPANY | 908.96 |
| Bill | 91042617 | HUGG & HALL EQUIPMENT COMPANY | 1,241.08 |
| Bill | 91042615 | HUGG & HALL EQUIPMENT COMPANY | 275.31 |
| Bill | 91042677 | HUGG & HALL EQUIPMENT COMPANY | 677.35 |
| Bill | 91043742 | HUGG & HALL EQUIPMENT COMPANY | 1,794.97 |
| Bill | 18 | JAMELL TILE AND STONE | 74,501.18 |
| Bill | 06242009-1 | KITCHEN & BATH IDEAS | 29,070.00 |
| Bill | 06242009-2 | KITCHEN & BATH IDEAS | 3,360.00 |
| Bill | 07152009 | KITCHEN & BATH IDEAS | 3,950.00 |
| Bill | APRIL | LUMBER ONE HOME CENTER | 16,876.36 |
| Bill | 50004399 | LUMBER ONE HOME CENTER | 1,341.59 |
| Bill | 50007551 | LUMBER ONE HOME CENTER | 731.42 |
| Bill | 50007671 | LUMBER ONE HOME CENTER | 63.69 |
| Bill | SERVICE CHARGE | LUMBER ONE HOME CENTER | 147.60 |
| Bill | finance charge | LUMBER ONE HOME CENTER | 146.63 |
| Bill | 41704 | Magnum Materials | 219.53 |
| Bill | 41757 | Magnum Materials | 7,278.99 |
| Bill | 41844 | Magnum Materials | 1,221.93 |
| Bill | 41923 | Magnum Materials | 38.97 |
| Bill | 42585 | Magnum Materials | 740.30 |
| Bill | 45101653 | MDC WALLCOVERINGS | 145.89 |
| Bill | 7815-7816-7817 | MICROTEL INN & SUITES | 202.02 |
| Bill | 137031416 | MOBILE MINI LLC | 159.81 |
| Bill | 137031364 | MOBILE MINI LLC | 167.28 |
| Bill | 137031467 | MOBILE MINI LLC | 179.98 |
| Bill | 137031256 | MOBILE MINI LLC | 150.03 |
| Bill | 137031257 | MOBILE MINI LLC | 422.34 |
| Bill | 137032469 | MOBILE MINI LLC | 167.28 |
| Bill | 137032268 | MOBILE MINI LLC | 162.54 |
| Bill | 137032864 | MOBILE MINI LLC | 167.28 |
| Bill | 137032623 | MOBILE MINI LLC | 159.81 |
| Bill | 137032521 | MOBILE MINI LLC | 405.27 |
| Bill | 137032683 | MOBILE MINI LLC | 179.98 |
| Bill | late charges | MOBILE MINI LLC | 120.20 |
| Bill | 137033504 | MOBILE MINI LLC | 179.98 |
| Bill | 137033636 | MOBILE MINI LLC | 167.28 |
| Bill | 137033657 | MOBILE MINI LLC | 156.29 |
| Bill | 137033734 | MOBILE MINI LLC | 150.03 |
| Bill | 137033786 | MOBILE MINI LLC | 159.81 |
| Bill | 137033828 | MOBILE MINI LLC | 179.98 |
| Bill | 137034577 | MOBILE MINI LLC | 179.98 |
| Bill | 137034757 | MOBILE MINI LLC | 167.28 |
| Bill | 137034864 | MOBILE MINI LLC | 167.25 |
| Bill | App # 9 | MOSES MECHANICAL, INC. | 43,816.82 |
| Bill | App # 9 | MOSES MECHANICAL, INC. | 27,548.64 |
| Bill | App # 9 | MOSES MECHANICAL, INC. | 22,845.21 |
| Bill | 281099 | MUSSINO DISTRIBUTING CO., INC | 3,805.69 |
| Bill | APP#3 | N K PLASTERING, LLC | 20,465.14 |
| Bill | 9-77540 | NATIONAL HOME CENTERS, INC. | 321.05 |
| Bill | 9-80683 | NATIONAL HOME CENTERS, INC. | 29.16 |
| Bill | 38448607 | NES RENTALS | 3,150.08 |
| Bill | 43797902 | NES RENTALS | 162.36 |
| Bill | 44382801 | NES RENTALS | 1,656.24 |
| Bill | 2896734 | NES RENTALS | 64.20 |
| Bill | 40833705 | NES RENTALS | 1,959.33 |
| Bill | 2905310 | NES RENTALS | 205.26 |
| Bill | 44302802 | NES RENTALS | 1,578.08 |
| Bill | 2910849 | NES RENTALS | 633.57 |

Page

BANK - 1126

TROY-Carter Walker                501-605-1348                  T-122  P007/007  F-225

9:17 PM
09/04/09
Accrual Basis

# TRIBUILT CONSTRUCTION GROUP, LLC
## Unpaid Bills by Job
### All Transactions

| Type | Num | Source Name | Open Balance |
|---|---|---|---:|
| Bill | 40833706 | NES RENTALS | 1,959.33 |
| Bill | 38448608 | NES RENTALS | 3,150.08 |
| Bill | 43797903 | NES RENTALS | 162.38 |
| Bill | 2923809 | NES RENTALS | 206.31 |
| Bill | 2926741 | NES RENTALS | 206.31 |
| Bill | 44392803 | NES RENTALS | 1,575.05 |
| Bill | 43797904 | NES RENTALS | 162.38 |
| Bill | 38448609 | NES RENTALS | 3,150.08 |
| Bill | 40833707 | NES RENTALS | 1,959.83 |
| Bill | 44392804 | NES RENTALS | 1,575.05 |
| Bill | 38448610 | NES RENTALS | 3,011.56 |
| Bill | 43797905 | NES RENTALS | 162.38 |
| Bill | 44392805 | NES RENTALS | 1,725.54 |
| Bill | 40833708 | NES RENTALS | 1,959.33 |
| Bill | 43797906 | NES RENTALS | 54.13 |
| Bill | INV-166701 | ONITY, INC. | 14,982.57 |
| Bill | INV-167876 | ONITY, INC. | 262.00 |
| Bill | INV-175525 | ONITY, INC. | 7,573.58 |
| Bill | PSI-997672 | PAC-VAN, INC | 202.38 |
| Bill | PSI-1007423 | PAC-VAN, INC | 202.38 |
| Bill | PSI-1027902 | PAC-VAN, INC | 202.38 |
| Bill | PSI-1038647 | PAC-VAN, INC | 202.38 |
| Bill | PS-1048466 | PAC-VAN, INC | 218.62 |
| Bill | PSI-1058834 | PAC-VAN, INC | 218.62 |
| Bill | 06152009 | PEDRO DIAZ MASONRY | 2,215.00 |
| Bill | 08122009 | Pioneer Solution Specialties | 1,570.00 |
| Bill | C/O | Pioneer Solution Specialties | 320.00 |
| Bill | 1047-RETAINAGE | Pioneer Solution Specialties | 2,660.00 |
| Bill | 1046 REVISED | Pioneer Solution Specialties | 670.00 |
| Bill | App #6 | Robert Bailey Electric, Inc. | 38,700.00 |
| Bill | app #7 | Robert Bailey Electric, Inc. | 22,500.00 |
| Bill | app #4 - Fire | Robert Bailey Electric, Inc. | 5,570.00 |
| Bill | APP #6 | Robert Bailey Electric, Inc. | 1,479.60 |
| Bill | APP #9 | Robert Bailey Electric, Inc. | 6,040.00 |
| Bill | APP #7 | Robert Bailey Electric, Inc. | 10,974.40 |
| Bill | APP #10 | Robert Bailey Electric, Inc. | 5,713.20 |
| Bill | APP #3 | SEASIDE POOLS, INC | 12,260.97 |
| Bill | 160301 | SEFERINO ORSONIA | 65.00 |
| Bill | 4 | Simon Home Improvements | 915.00 |
| Bill | 5 | Simon Home Improvements | 1,376.00 |
| Bill | 6 | Simon Home Improvements | 5,091.00 |
| Bill | INV0676184 | Southern Star Concrete, Inc. | 86.34 |
| Bill | INV0675956 | Southern Star Concrete, Inc. | 476.32 |
| Bill | INV0686497 | Southern Star Concrete, Inc. | 1,623.76 |
| Bill | INV0686056 | Southern Star Concrete, Inc. | 405.95 |
| Bill | INV0690531 | Southern Star Concrete, Inc. | 1,490.61 |
| Bill | BI0018973 | Southern Star Concrete, Inc. | 110.42 |
| Bill | INV0689958 | Southern Star Concrete, Inc. | 2,235.94 |
| Bill | INV0690585 | Southern Star Concrete, Inc. | 1,055.45 |
| Bill | BI0018994 | Southern Star Concrete, Inc. | 55.76 |
| Bill | BI0019031 | Southern Star Concrete, Inc. | 105.24 |
| Bill | INV0691375 | Southern Star Concrete, Inc. | 496.86 |
| Bill | BI0019443 | Southern Star Concrete, Inc. | 822.70 |
| Bill | INV0703762 | Southern Star Concrete, Inc. | 2,638.63 |
| Bill | BI0019521 | Southern Star Concrete, Inc. | 205.68 |
| Bill | INV0706321 | Southern Star Concrete, Inc. | 243.00 |
| Bill | 2 | SUPERIOR STRIPING LLC | 1,735.00 |
| Bill | APP #1 | Suspended Systems II, Inc. | 3,152.00 |
| Bill | APP #2 | Suspended Systems II, Inc. | 6,134.00 |
| Bill | | tHE ELECTRIC CONNECTION | 176.46 |
| Bill | 18852 | Vilonia Metal Works, Inc. | 44.94 |
| Bill | FINAL | Vision Painting, Inc. | 1,581.00 |
| **Total Country Inn & Suites - Conway** | | | **654,169.09** |
| **TOTAL** | | | **654,169.09** |

BANK - 1127

Page

**AFFIDAVIT**

DEPOSITION EXHIBIT 9

STATE OF ARKANSAS
COUNTY OF SEBASTIAN

    I, undersigned Notary Public, do hereby certify and swear that Alan Harrison did appear and state the following:

1. My name is Alan Harrison and I am the President and Managing Member of Tri-Built Construction Group, LLC.

2. Since the completion of the Country Inn & Suites in Conway, Arkansas on August 20th, 2009, I have been in constant communication with Mark Rezenka of Community Bank (now Centennial Bank) in Jacksonville, Arkansas.

3. Per the contractual agreement with the Owner, Nisha, LLC, and the subsequent financial assignment in favor of Community Bank, we were required to supply Community Bank with a Certificate of Occupancy and a letter from Carlson certifying that the job was complete and satisfactory prior to receiving the retainage and change-order payments. On August 24th, 2009, I received a "conditional" acceptance letter from Carlson. Thereafter, I provided a copy to Mark Rezenka on that same day and demanded payment. After receiving my correspondence, Mark Rezenka informed me that we needed a "final" letter from Carlson and that upon receipt, Community Bank would release the funds.

4. On October 23, 2009, one of my employees, John Lightsey, personally delivered the "final" approval letter from Carlson to Mark Rezenka. Upon review, Mark Rezenka informed my employee that the Bank would not release any funds and that it was client's (Nisha, LLC) decision; even though, the contract states otherwise.

5. Finally, the itemized bill, attached herein, is correct and accurately reflects the amount that the Bank is indebted to my company.

*Alan Harrison*

Subscribed and Sworn to before me, a Notary Public, on this 20 day of October, 2009.

_Notary Public_

3-15-2016
My Commission Expires

1

Ex. E
1 of 3

# Invoice

**TRIBUILT CONSTRUCTION GROUP, LLC**
P.O. BOX 12021
FORT SMITH, AR 72903

| Date | Invoice # |
|---|---|
| 9/22/2009 | 176 |

**Bill To**
NISHA, LLC
COUNTRY INN AND SUITES - CONWAY
1850 JOHN HARDER DR
JACKSONVILLE, AR 72076

**Ship To**

P.O. No.

| Description | Rate | Amount |
|---|---|---|
| RETAINAGE | 375,000.00 | 375,000.00 |
| CHANGE ORDER # 12 DESIGN MODIFICATIONS  SEE ATTACHED | 291,462.12 | 291,462.12 |

| Phone # | Fax # | E-mail | Total | |
|---|---|---|---|---|
| Ph: 479-648-8850 | Fax: 1-877-835-27... | Robin@tribuilt.com | | $666,462.12 |

Ex. E
2 of 3

# APPLICATION AND CERTIFICATION FOR PAYMENT

*AIA DOCUMENT G702*  PAGE ONE OF  2 PAGES

TO: NISHA, LLC
1850 John Harden Drive
Jacksonville, AR 72076
501-952-6574

PROJECT: CIS, Conway, AR
750 Amity Road
Conway, AR 72032

APPLICATION NO: 12

PERIOD TO: 9/22/09

Distribution to:
[X] OWNER
[X] ARCHITECT
[X] CONTRACTOR
[X] BANK

FROM:
TriBuilt Construction Group, LLC
P.O. Box 12021
Fort Smith, AR 72917
CONTRACT FOR: General Contract

VIA ARCHITECT:
Humiston, Garrett and Stubbs
4400 Rogers Avenue
Fort Smith, AR 72903

PROJECT NOS:

CONTRACT DATE: 8/21/08

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | |
|---|---|
| 1. ORIGINAL CONTRACT SUM | $ 3,628,000.00 |
| 2. Net change by Change Orders | $ 225,925.90 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ 3,853,925.90 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ 3,853,925.90 |
| 5. RETAINAGE: | |
| a. 15 % of Completed Work (Column D + E on G703) | $ 375,000.00 Max Retainage Reached |
| b. 0 % of Stored Material (Column F on G703) | $ 0 |
| Total Retainage (Lines 5a + 5b or Total in Column I of G703) | $ 0.00 |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) | $ 3,853,925.90 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | 3,187,463.78 |
| 8. CURRENT PAYMENT DUE | $ 666,462.12 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ 0.00 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $45,101.25 | $101,012.41 |
| Total approved this Month | $291,462.12 | $9,625.06 |
| TOTALS | $336,563.37 | $110,637.47 |
| NET CHANGES by Change Order | $225,925.90 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _[signature]_  Date: 2/24/09

State of: Arkansas  County of: Sebastian
Subscribed and sworn to before me this 22 day of September 2009
Notary Public: _[signature] Robin R Stout_
My Commission expires: 3-15-2016

[Notary seal: ROBIN R. STOUT, MY COMM EXP 03-16-2016, NOTARY PUBLIC #12347176, SEBASTIAN CO., ARKANSAS]

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ........... $ _____

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)*
ARCHITECT:

By: _____  Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 - APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA® · ©1992   THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292
Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.

# The Overton Firm, LLC
Attorney and Counselor at Law
POST OFFICE BOX 241031
LITTLE ROCK, ARKANSAS 72223
WWW.THEOVERTONFIRM.COM

501.563.0186

DON@THEOVERTONFIRM.COM

October 30, 2009

Tri-Built Construction Group, LLC
Ronald W. Metcalf and Alan Harrison
702 Garrison Avenue
Fort Smith, AR 72902



DEPOSITION EXHIBIT 10

Re: Country Inn and Suites, Conway, Faulkner County, Arkansas
NISHA, LLC

Dear Mr. Metcalf and Mr. Harrison:

This law firm represents NISHA, LLC. In its capacity as owner and pursuant to A.C.A. 18-44-108, NISHA, LLC hereby makes application to Tri-Built Construction Group, LLC for the following:

(1). A complete list of all parties that have done work or furnished materials for the construction of the Country Inn and Suites in Conway Arkansas and the amount currently due to each of these parties.

Take notice that failure to provide a correct list of all of the parties that have furnished materials or performed labor on this project and the amount currently due to each within five (5) business days shall be guilty of a violation and upon conviction shall be punished by a fine not to exceed two thousand five hundred dollars ($2,500); and shall be subject to suit in the Circuit Court of Faulkner County, Arkansas.

Pursuant to the Fixed Contract signed by Tri-Built Construction Group, LLC and NISHA, LLC on August 8, 2008, NISHA, LLC makes application for the following:

(1). Per Article 6.1 ..."Contractor shall furnish a *full and unconditional release from any claim or mechanic's lien for that portion of the work for which payment has been made.*"

  i. A copy of each and every "Unconditional Lien Waiver" for each material supplier, laborer, and/or Subcontractor that supplied goods or services for each period that payment was made.

Ex. 3
1 of 2

     a. The lien waivers shall equate to the payments made for materials that were delivered and/or labor that was performed during the period between each pay request.

     b. Therefore (in accordance with the express language of the contract) an unconditional lien waiver shall be supplied for all equipment and/or materials that were delivered, and for all work that was completed prior to August 22, 2009 (Date of Final Pay Request before Retainage).

(2).  Per Article 8.1 ..."All change orders need to be agreed upon in writing, including (1) cost, (2) additional time considerations, (3) approximate dates when the work will begin and be completed, (4) a legal description of the location where the work will be done and signed by both parties... Change orders must be approved by the Owner, the Owner's Lender and the Contractor"

    i. A copy of each and every change order that includes the four elements as expressly delineated within the contract and is signed by NISHA, LLC and Tri-Built Construction Group, LLC; and is approved by the Owner's Lender in writing.

     a. Any change order that does not include the four elements as expressly stated in the contract or that is not approved by the Owner's Lender prior to execution shall be deemed invalid per the contract.

Please be advised that upon (1) successful delivery of the above requested documents to my office and (2) successful verification of the completeness of the lien waivers and payments to all parties listed in the first request; that retainage funds shall be made available to Tri-Built, LLC within 30 days of the issuance of the "Authorization to Operate as a Country Inn & Suites By Carlson System Hotel" dated October 21, 2009.

Therefore it is in your best interest to comply with this request as quickly as possible to not delay the disbursement of the retainage funds for this project.

Your prompt attention to this matter is appreciated.

Yours very truly:

*[signature]*

J. Don Overton, Esq.

Ex 3
2 of 2



## Country Inn & Suites Subcontractor Suppliers Unpaid

|    | Subcontractor Supplier | Category | Amount Owed |
|----|------------------------|----------|-------------|
| 1  | Acme Brick | Masonry | $ 13,479.00 |
| 2  | Advanced Sprinkler | Landscaping | $ 39,510.00 |
| 3  | Allied Waste | Trash Removal | $ 6,732.66 |
| 4  | Beltran Drywall | Drywall | $ 8,379.92 |
| 5  | Canant Construction | Concrete | $ 12,754.45 |
| 6  | Commercial Lighting | Lighting / Electric | $ 33,281.18 |
| 7  | Conway Corp | Uitlities | $ 8,905.41 |
| 8  | Custom Glass | Glass / Windows | $ 12,538.50 |
| 9  | General Electric | specialties | $ 38,491.39 |
| 10 | Goucher Waterproofing | Waterproofing | $ 9,395.83 |
| 11 | Graphic Systems | signage | $ 5,139.32 |
| 12 | Hugg & Hall | Patrick Spivey | $ 5,794.71 |
| 13 | Jamell Tile & Stone | Flooring | $ 74,501.15 |
| 14 | Kitchen & Bath Ideas | specialties | $ 37,102.88 |
| 15 | Lumber One Mayflower | Structural | $ 36,867.18 |
| 16 | Magnum Materials | Drywall | $ 9,499.72 |
| 17 | Mobil Mini | Equipment Rental | $ 19,770.88 |
| 18 | Moses Mechanical | Plumbing / Mechanical | $ 97,305.67 |
| 19 | NES Rentals | Equipment Rental | $ 30,664.65 |
| 20 | NK Plastering | Thermal and Moisture | $ 28,889.00 |
| 21 | Onity | Door Locks | $ 22,818.15 |
| 22 | Otis | Conveying Systems | $ 8,447.00 |
| 23 | Robert Baily Electric | Electric | $ 116,241.00 |
| 24 | Seaside Pools | Pool | $ 18,514.70 |
| 25 | Southern Star | Concrete | $ 11,942.23 |
| 26 | Suspended Systems | Ceiling | $ 9,286.00 |
| 27 | TriKon | Drywall | $ 10,856.80 |
|    | **Total Owed by TriBuilt per Subcontractors and Suppliers** | | **$ 727,109.38** |

Ex. H


Case 2:10-cv-02052-PKH Document 20-4 Filed 06/28/10 Page 12 of 20 PageID #: 406

**International Fidelity Insurance Company**
One Newark Center – 20th Floor
Newark, NJ 07102
(973) 624 7200
www.ific.com



DEPOSITION EXHIBIT
12

March 26, 2010

VIA: CERTIFIED & REGULAR MAIL

TriBuilt Const. Group, LLC
c/o Brian Meadors, Esq.
Pryor, Robertson, Beasley & Smith, PLLC
315 North Seventh Street
P.O. Drawer 848
Forth Smith, AR 72902-0848

| | | |
|---|---|---|
| Re: | Principal: | TriBuilt Const. Group, LLC |
| | Bond Nos.: | LR0361508, LR0361509, LR0361511, LR0493439, LR0493443, LR0493444, LR0493446, LR04934479 |
| | Obligee: | NISHA, LLC |
| | Project: | Country Inns and Suites, Conway, AR |

Dear Indemnitors:

As you are aware, International Fidelity Insurance Company is the Surety for TriBuilt Const. Group, LLC with regard to the above-referenced project. The Surety has been served with a Summons and Complaint from Robert Bailey Electric, Inc., a copy of which has been enclosed for your review.

Additionally, we received numerous claims from subcontractors and/or materialmen, totaling in excess of $450,000.00. Copies of the claims have been provided previously to Mr. Harrison.

On or about October 6, 2009, you executed and furnished to the Surety your Agreement of Indemnity. Pursuant to such Agreement, you agreed, among other things, to:

> exonerate, indemnify, and keep indemnified the Surety from and against any and all liability for losses and/or expenses of whatsoever kind or nature (including, but not limited to, interest, court costs and the

> cost of services rendered by counsel, investigators, accountants, engineers or other consultants, whether consisting of in-house personnel or third party providers) and from and against any and all such losses and/or expenses which the Surety may sustain and incur: (1) By reason of having executed or procured the execution of the Bonds.

Also, pursuant to the Agreement of Indemnity, you agreed to:

> deposit with the Surety on demand an amount of money or other collateral security acceptable to the Surety, as soon as liability exists or is asserted against the Surety, whether or not the Surety shall have made any payment therefore, equivalent to such amount that the Surety, in its sole judgment, shall deem sufficient to protect it from loss.

Due to the above-mentioned claims which have been made upon the bond issued by the Surety, we hereby demand that you deposit collateral in the amount of **$600,000** and furnish your defense of the claims within ten (10) days of the date of this letter.

If you fail to respond within the foregoing time period, the Surety may initiate legal proceedings against TriBuilt Const. Group, LLC and all of the individual indemnitors.

Please contact the undersigned at extension 238 should you have any questions. This letter is sent without prejudice to the rights and defenses of the Surety and shall not constitute a waiver thereof.

Very truly yours,

**INTERNATIONAL FIDELITY INSURANCE COMPANY**

*/s/ Genise Teich*
Genise Teich
Senior Managing Claims Counsel

Enclosure

cc:   Brown-Hiller-Clark & Assoc.
      Regional
      Jack East III, Esq.

\*     See attached mailing list

# JACK EAST III, P.A.
### Attorney at Law

Telephone: (501) 372-3278  
Facsimile: (501) 376-0949  
jeastiii@alltel.net

Cantrell Valley Plaza  
2725 Cantrell Road, Suite 202  
Little Rock, AR 72202

FILE COPY



DEPOSITION EXHIBIT 13

April 26, 2010

TriBuilt Const. Group, LLC  
% Brian Meadors, Esq.  
Pryor, Robertson, Beasley & Smith, PLLC  
315 North Seventh Street  
P.O. Drawer 848  
Fort Smith, AR 72902-0848

Certified Mail  
No. 7008 3230 0003 1977 4839  
Return Receipt Requested

Re: Principal:  TriBuilt Const. Group, LLC  
Bond Nos.:  LR0361508, LR0361509, LR0361511, LR0493439,  
LR0493443, LR0493444, LR0493446, LR04934479  
Obligee:  NISHA, LLC  
Project:  Country Inns and Suites, Conway, AR

Dear Principal and Indemnitors:

Please regard this letter as International Fidelity Insurance Company's demand that TriBuilt open a trust account with an FDIC insured bank or similarly insured depository and deposit therein all monies received or to be received pursuant to any and all construction contracts bonded by International Fidelity Insurance Company.

Sincerely,

Jack East III



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Brian Shepherd   C. Date of Delivery |
| 1. Article Addressed to:<br>TriBuilt Const. Group, LLC<br>% Brian Meadors, Esq<br>315 North 7th Street<br>P.O. Drawer 848<br>Ft. Smith, AR 72902-0848 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>[FORT SMITH, AR APR 28 2010 USPS 72901 postmark]<br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 3230 0003 1977 4839 |

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540




**B·H·C**
Brown • Hiller • Clark & Associates

P.O. Box 3529 • 5500 Euper Lane • Fort Smith, Arkansas 72913-3529
(501) 452-4000 • Fax (501) 484-5185 • www.bhca.com

## CONTRACTOR SURETY QUESTIONNAIRE

1. Name of Firm: __Tribuilt Construction Group, LLC__
2. Address: __PO Box 12021, 4931 Old Greenwood Road__    3. Fiscal Yr. End __12/31__
   __Ft. Smith__ , __AR__   __72917__
   (city)         (state)      (zip)
4. Phone: __(479) 648-8850__    5. Contracting Specialty: __Building, Residential (focus Hotel + Multifa__
6. Contact Person: __Alan Harrison__    7. Title: __Managing Member__
8. Year Business Started: __2006__    9. Type of Business: ☐ Corp. ☐ Part. ☐ Prop. ☐ Sub S. Corp. ☒ __LLC__
10. State of Incorporation: __AR__    11. Area of Operation: __I-40 Corridor between OKC + LR__
12. List the corporate officers, partners or proprietors of your firm:

| Name | Yr. of Birth | Position | Percent Owned | Name of Spouse |
|---|---|---|---|---|
| A. Alan Harrison | '71 | Managing Member | 50% | D. Gaye Harrison |
| B. Joey M Marrone | '71 | member | 50% | Stacy M Marrone |
| C. | | | | |
| D. | | | | |
| E. | | | | |

13. Will the above individuals and spouses personally indemnify Surety? ☒ Yes ☐ No
    If no, explain:
14. Is there a buy/sell agreement among the owners of the business? ☐ Yes ☒ No
15. Is this agreement funded by life insurance? ☐ Yes ☒ No
16. Corp. indemnity? ☐ Yes ☐ No
17. Cross/corp. indemnity? ☐ Yes ☐ No
18. How many people does your firm employ? __3__  19. How many work crews? __0__
20. Has your firm or any of its principals ever petitioned for bankruptcy, failed in business or defaulted so as to cause a loss to a Surety? ☐ Yes ☒ No
    If yes, please explain:
21. Is your firm or any of its owners or officers currently involved in any litigation?
    ☐ Yes ☒ No. If yes, explain
22. What percentage of the firm's work is normally for:
    Government Agencies __0__ %   Private Owners __100__ %
23. What percentage of the firm's work is normally subcontracted: __100__ %
24. Are bonds required of subs?   ☐ Yes  ☒ No.

DEPOSITION EXHIBIT __14__

**B·H·C**

25. What trades do you normally subcontract? All except project mgr, superintendent, asst. super.

26. What is the largest amount of uncompleted work on hand at one time in the past?
    Amount: $ 3,300,000 / $1,900,000   Year: 2008 / 2007

27. What is the largest job you expect to do during the next year? $ 3,600,000 (Country Inns + Suites)

28. What is the largest uncompleted work program expected during the next year? CIS + Microtel (total $6,200,0

29. What is your expected annual volume next year? $ 8,800,000

30. What trades do you normally undertake with your own forces? Case Goods, Toiletry + Interior door installation

31. SIC CODE:

32. Do you lease equipment?  ☐ Yes  ☒ No   Type of lease? ___

34. What are the terms of the lease? ___

35. Name of your CPA: Al Bradley, CPA
    Address: Executive Park Ctr, 6901 Dallas Street, Ste F, Ft. AR 72903-5037
    Phone: (479) 452-1114   Contact Person: Al Bradley

36. On what basis are taxes paid?  ☐ Cash  ☐ Completed Job  ☒ Accrual  ☐ % of Completion

37. On what basis are financial statements prepared?  ☐ Cash  ☐ Completed Job  ☒ Accrual  ☐ % of Completion

38. On what level of assurance are financial statements prepared?  ☐ CPA Audit  ☐ Review  ☒ Compilation

39. How often are financial statements prepared?  ☐ Annually  ☐ Semi-annually  ☐ Quarterly  ☒ Monthly (Recently Engaged CPA for this service)

40. Do you have a full time accountant on staff?  ☐ Yes  ☒ No   41. Yrs. experience ___

42. Are job cost records kept?  ☒ Yes  ☐ No
43. How often reviewed? Monthly   44. How often updated? Monthly
45. Do they show job detail?  ☒ Yes  ☐ No   46. Frequency? Monthly

47. Name of your Bank: Liberty Bank of Arkansas
    Address: 6804 Rogers Ave  PO Box 11075  Ft. Smith, AR 72917-1075
    Phone: 479-484-1234   Contact Person: Pat Stanton

48. Amount of line of credit $ ___   49. Expiration date: ___   50. What is interest rate? ___ %

51. UCC Filing?  ☐ Yes  ☐ No   52. How is credit secured? ___

53. Is your firm union?  ☐ Yes  ☒ No   54. What is firm's Dun & Bradstreet Number? ___

55. D&B Rating: ___   56. Pay Record: ___   57. Date of Rating: ___

Remarks: ___

58. Previous Bonding Companies:

| Name | Reason for Leaving |
|---|---|
| A. Employer's Mutual Casualty Co | current $10000 Contractors Bond (AR) |
| B. | |
| C. | |

59. List five of your largest contracts:

| Job Name | Contract Price | Gross Profit | Completion Date | Bonded? |
|---|---|---|---|---|
| A. Summit Court Duplex | $1,200,000 | $ | 6/07 | ☐ Yes  ☒ No |

**B·H·C**

B. Colony West Apts  $1,100,000   $ _____   1/08   ☐ Yes ☒ No
Owner: Trinity Prop Mgmt   Design Professional: Glen Seabourn

C. "2" Street Apts  $750,000   $ _____   7/07   ☐ Yes ☒ No
Owner: Thrity Prop Mgmt   Design Professional: Glen Seabourn

D. Springbrook Apt Rehab  $680,000   $ _____   $180,000   ☐ Yes ☒ No
Owner: Boulder Ridge, LLC   Design Professional: N/A

E. Microtel Inn + Suites  _____   $ _____   $100,000   ☐ Yes ☒ No
Owner: Boulder Ridge Hotels, LLC   Design Professional: Humiston, Garrett + Stubbs

60. List five of your major suppliers:

| | Name | Address | Telephone | Contact |
|---|---|---|---|---|
| A. | A+D Supply | PO BOX 1258 Rogers | 479 631-1557 | Vance |
| B. | National Home Ctr | PO BOX 848 Springdale | | |
| C. | ABC Supply | PO BOX 470606 Tulsa | 405-409-2600 | Jimie |
| D. | Southern Star Concrete | PO BOX 961094 Fort Worth TX | 972-621-0999 | |
| E. | Sherwin Williams | 5638 NW Expressway OKC | 918-269-3586 | Lee Ann |

61. List five subcontractors (or contractors if you are a subcontractor) that you do business with:

A. Name: Vision Painting
   Address: 1703 River Ridge Road VanBuren AR   Telephone: (479) 471-5337
   Contact: Frank Polhemus   Job: _____

B. Name: Moses Mechanical
   Address: 210 Airport Rd. Suite A Bentonville AR   Telephone: (479) 283-3649
   Contact: Mike Moses   Job: Microtel Inn + Suites

C. Name: Wilson HVAC
   Address: P.O. BOX 364 Van Buren AR   Telephone: (479) 474-8789
   Contact: Bob Wilson   Job: _____

D. Name: Freedom Fire Pro
   Address: 811 Lester Lane, Rogers AR   Telephone: (479) 631-6363
   Contact: Doyle Cormier   Job: _____

E. Name: Felix Thompson
   Address: P.O. BOX 6344 Fort Smith AR   Telephone: (479) 646-7321
   Contact: Greg   Job: _____

61. List three Architects you have done business with:

A. Name: Humiston, Garrett + Stubbs
   Address: _____   Telephone: 479-785-4355 Ext 1
   Contact: Richard Humiston   Job: ~~Architect~~ Microtel

B. Name: Humiston, Garrett, + Stubbs
   Address: _____   Telephone: 479-785-4355 Ext 2
   Contact: Chase Garrett   Job: ~~Architect~~ Microtel, Fairfield Inn

C. Name: Glen Sebourn Architect
   Address: 2101 South H, Ft Smith, AR 72901   Telephone: 479-783-0263
   Contact: Glen Sebourn   Job: 2 Street Apts

Brown • Hiller • Clark & Associates

**63. List key personnel, foreman or supervisors:**

| Name | Position | Yr. of Birth | Yrs. Exper. | Previous Employer |
|---|---|---|---|---|
| A. John E Lightsey | P.M./Super | | | |
| B. | | | | |
| C. | | | | |
| D. | | | | |
| E. | | | | |

**64. List any life insurance in effect on key personnel:**

| Name | Beneficiary | Amount | Cash Value |
|---|---|---|---|
| A. | | $ | $ |
| Insurance Company: | | | |
| B. | | $ | $ |
| Insurance Company: | | | |
| C. | | $ | $ |
| Insurance Company: | | | |

**65. List other insurance coverage currently in effect:**

| | Limits in '000's BI | PD | Carrier | Expiration Date |
|---|---|---|---|---|
| A. General Liability: | $ | $ | | |
| B. Auto Liability: | $ | $ | | |
| C. Umbrella: | $ | $ | | |
| D. Owner's Protection: | $ | $ | | |

**66. List any subsidiaries and affiliates of the contracting firm:**

| Firm Name | Ownership | Type Business | NANDA Code |
|---|---|---|---|
| A. Southland Enterprises | 66 2/3 | Commercial Framing, Sheetrock + roofing | |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |

REMARKS: _____

Completed by: Alan M. Harrison
Title: Managing member
Date: 8/25/08