UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| **TRIBUILT CONSTRUCTION GROUP, LLC** | **PLAINTIFF** |
| v.   Case No. 10-2052 | |
| **INTERNATIONAL FIDELITY INSURANCE COMPANY** | **DEFENDANT and COUNTERCLAIMANT** |
| **INTERNATIONAL FIDELITY INSURANCE COMPANY** | **THIRD PARTY PLAINTIFF** |
| v. | |
| **ALAN M. HARRISON, GAYE P. HARRISON, JOSEPH E. MARRONE, STACY M. MARRONE, and SOUTHLAND ENTERPRISES, LLC** | **THIRD PARTY DEFENDANTS** |

### AFFIDAVIT OF GENISE TEICH

I, Genise Teich, after having been duly sworn, hereby state on my oath:

1. I am Senior Managing Claims Counsel for International Fidelity Insurance Company, headquartered in Newark, New Jersey.

2. I am the International Fidelity Insurance Company (IFIC) employee charged with the duty of investigating claims against the bonds executed by IFIC, as surety, on behalf of TriBuilt Construction Group, LLC, as principal, naming NISHA, LLC as obligee in connection with eight work orders for the construction of a Country Inns and Suites in Conway, Arkansas (Project). IFIC executed eight Performance Bonds and eight Labor & Material Payment Bonds. Copies of these bonds are attached as Exhibit 1 to the Third Party Complaint in this action.

3. IFIC received a letter from Don Overton through its local attorney-in-fact in early November, 2009. A copy of this letter is attached as Exhibit C to IFIC's Response to Plaintiff's



EXHIBIT H

Motion for Summary Judgment. Attached to that letter was a list of allegedly unpaid Project bills totaling $664,169.09. I responded to Mr. Overton's letter on November 12, 2009. A copy of my letter - which is a typical letter sent out by IFIC when it is notified of a claim - is attached as Exhibit D to IFIC's Response.

4. IFIC has received claims against its Project Labor and Material Payment Bonds in excess of $535,607.49. Some of these claims are still being processed and investigated. I do not know if any further claims will be filed.

5. IFIC has paid $343,460.23 to date in claims to TriBuilt's Project subcontractors.

6. The Agreement of Indemnity attached as Exhibit A to Plaintiff's Motion for Summary Judgment is a prerequisite to IFIC's agreement to issue bonds.

**AND FURTHER AFFIANT SAYETH NOT.**

_____
Genise Teich

SWORN TO AND SUBSCRIBED before me the undersigned Notary Public on this 28 day of June, 2010.

_____
Notary Public

My Commission Expires:
MARTA ROCHA
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires June 22, 2012

Affidavit of G. Teich.wpd