IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| TRIBUILT CONSTRUCTION GROUP, LLC | PLAINTIFF |
| v. CASE NO. 10-CV-02052 (JLH) | |
| INTERNATIONAL FIDELITY INSURANCE COMPANY | DEFENDANT |
| v. | |
| ALAN M. HARRISON, GAYE P. HARRISON, JOSEPH E. MARRONE, STACY M. MARRONE, and SOUTHLAND ENTERPRISES, LLC | THIRD-PARTY DEFENDANTS |

## DEFENDANT'S STATEMENT OF DISPUTED FACTS

Comes now defendant, under the authority of Local Rule 56.1(b), and submits there is a genuine issue of material fact to be tried with respect to the following:

1. Paragraph 32 of plaintiff's Statement of Undisputed Facts erroneously states:

> 32. The proposed fee agreement would not short-change the Bonding Company. If there were a shortfall, the shortfall would still be owed by the Owner, as is required by the Owner's contract with the Bonding Company. The Bonding Company would still have the right to pursue the Owner for the shortfall. All the proposed fee agreement would do is protect Attorneys Thompson and Meadors's fees from being disgorged if there were a shortfall in the recovery.

Plaintiff seeks recovery of retainage funds and unpaid contract balance in the hands of the Owner. IFIC asserts it has an equitable lien upon those funds superior to any claim of plaintiff or plaintiff's attorneys. IFIC disputes the claim that both plaintiff and IFIC can recover the retainage and unpaid contract balance from the Owner. IFIC also asserts TriBuilt lacks the ability to make up any shortfall. In fact, IFIC asserts TriBuilt lacks the funds to pay the costs of the arbitration proceeding. Harrison dep., pp. 22, 36-37.

Respectfully Submitted,

/s/ Jack East III
Jack East III
2725 Cantrell Road, Ste. 202
Little Rock, AR 72202
(501) 372-3278
Bar ID No. 75-036

## CERTIFICATE OF SERVICE

I, Jack East III, hereby certify that on June 28, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following counsel of record:

Rex M. Terry, Esq.
5000 Rogers Ave., Suite 500
Fort Smith, AR 72917-0127

/s/ Jack East III
Jack East III

2