IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| **TRIBUILT CONSTRUCTION GROUP, LLC** | **PLAINTIFF** |
| v.       CASE NO. 10-CV-02052 (JLH) | |
| **INTERNATIONAL FIDELITY INSURANCE COMPANY** | **DEFENDANT** |
| v. | |
| **ALAN M. HARRISON, GAYE P. HARRISON, JOSEPH E. MARRONE, STACY M. MARRONE, and SOUTHLAND ENTERPRISES, LLC** | **THIRD-PARTY DEFENDANTS** |

## DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Comes the Defendant and moves the Court, pursuant to Fed. R. Civ. P. 56, stating there are no genuine issues as to any material fact concerning plaintiff's Complaint, and that the defendant is therefore entitled to judgment as a matter of law. In support of its motion, defendant submits herewith the following:

1.  Brief in Support of Motion for Partial Summary Judgment;

2.  Statement of Material Facts as to which defendant contends there is no genuine issue to be tried, in accordance with U.S. District Court Rule 56.1;

3.  The exhibits submitted in support of this Motion for Partial Summary Judgment are all exhibits submitted by plaintiff and defendant relating to plaintiff's Motion for Summary Judgment.

**WHEREFORE**, defendant prays the Court dismiss plaintiff's Complaint for Declaratory Judgment, for its costs and for all other appropriate relief.

Respectfully Submitted,


/s/ Jack East III
Jack East III
2725 Cantrell Road, Ste. 202
Little Rock, AR 72202
(501) 372-3278
Bar ID No. 75-036
jeastiii@windstream.net

## CERTIFICATE OF SERVICE

I, Jack East III, hereby certify that on June 28, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such to the following counsel of record:

Rex M. Terry, Esq.
5000 Roges Ave., Suite 500
Fort Smith, AR 72917-0127


/s/ Jack East III
Jack East III