IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| **TRIBUILT CONSTRUCTION GROUP, LLC** | **PLAINTIFF** |
| v. CASE NO. 10-CV-02052 (JLH) | |
| **INTERNATIONAL FIDELITY INSURANCE COMPANY** | **DEFENDANT** |
| v. | |
| **ALAN M. HARRISON, GAYE P. HARRISON, JOSEPH E. MARRONE, STACY M. MARRONE, and SOUTHLAND ENTERPRISES, LLC** | **THIRD-PARTY DEFENDANTS** |

### BRIEF IN SUPPORT OF DEFENDANT'S
### MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant adopts by reference its entire Brief in Support of Response to Motion for Summary Judgment as its Brief in Support of its Motion for Partial Summary Judgment.

Respectfully Submitted,

/s/ Jack East III
Jack East III
2725 Cantrell Road, Ste. 202
Little Rock, AR 72202
(501) 372-3278
Bar ID No. 75-036
jeastiii@windstream.net

## CERTIFICATE OF SERVICE

I, Jack East III, hereby certify that on June 28, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following counsel of record:

Rex M. Terry, Esq.
5000 Rogers Ave., Suite 500
Fort Smith, AR 72917-0127

/s/ Jack East III
Jack East III