IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**TRIBUILT CONSTRUCTION GROUP, LLC**                                                    **PLAINTIFF**

v.                             CASE NO. 10-CV-02052 (JLH)

**INTERNATIONAL FIDELITY INS. CO.**                                                    **DEFENDANT**

**PLAINTIFF'S RESPONSE TO DEFENDANT'S SUMMARY JUDGMENT MOTION**

1. Plaintiff incorporates its own summary judgment motion, brief, and facts in response to Defendant's summary judgment motion.

2. Defendant argues that it will be "left holding the bag" if the attorneys who make a recovery for Defendant's benefit are compensated for their efforts. On the contrary, Defendant is not going to be left "holding the bag" — it will be the beneficiary of Plaintiff's attorney's efforts. Basically, Defendant wants something for nothing. It refuses to exercise its subrogation rights and take over the litigation — it wants Plaintiff to bear that expense — but would like to receive all the benefits, even at Plaintiff's attorney's expense.

3. But the law does not work that way, and because of the oldest of reasons: Defendant's position is simply not fair. "to allow the others to obtain the full benefit from the plaintiff's efforts without requiring contribution or charging the common fund for attorney fees would be to enrich the others unjustly at the expense of the plaintiff." *Millsap v. Lane*, 288 Ark. 439, 442 (Ark. 1986) (in context of the common fund doctrine) *citing Fleischmann Distilling Corp. v. Maier Brewing Co.*, 386 U.S. 714 (1966). See also Ark. Code Ann. 16-22-304 (creating attorney's lien on all causes of action).

  4. Finally, to the extent that Defendant "disputes" Statement of Fact #32, that is not a dispute of fact, but is actually a question of law for the Court.  This Court can determine, as a matter of law, if a subrogee can enjoy the benefits of recovered funds without compensating the attorneys who recover it.

  CERTIFICATE OF SERVICE: On July 7, 2010, this document was filed with the CM/ECF system, which will serve all counsel of record.

  Respectfully submitted,  TRIBUILT CONSTRUCTION GROUP, LLC

      _/s/ Amanda M. Thomas_____
      Amanda M. Thomas, Ark. Bar No. 2008005
      PRYOR, ROBERTSON, BEASLEY & SMITH, PLLC
      315 North 7th Street; P.O. Drawer 848
      Fort Smith, AR 72902-0848
      (479) 782-8813; (479) 785-0254 (fax)