IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**TRIBUILT CONSTRUCTION GROUP, LLC**                                **PLAINTIFF**

v.                          CASE NO. 10-CV-02052 (JLH)

**INTERNATIONAL FIDELITY INS. CO.**                                 **DEFENDANT**

### MOTION TO STRIKE PLAINTIFF'S RESPONSE
### TO DEFENDANT'S SUMMARY JUDGMENT MOTION

Comes now defendant, International Fidelity Insurance Company (IFIC), and for its Motion to Strike Plaintiff's Response to Defendant's Summary Judgment Motion states:

1.  Ms. Thomas has not yet been authorized to enter an appearance in place of attorney Rex Terry.

2.  Mr. Terry did not sign the Response on plaintiff's behalf.

3.  IFIC has filed a Response in Opposition to Plaintiff's Motion to Substitute Counsel.

4.  IFIC would not object to a response to Defendant's Motion for Partial Summary Judgment by TriBuilt's attorney, Mr. Terry, who has not withdrawn from the case.

**WHEREFORE**, International Fidelity Insurance Company prays the Court strike Plaintiff's Response to Defendant's Motion for Partial Summary Judgment and for all other appropriate relief.

/s/ Jack East III
Jack East III

## CERTIFICATE OF SERVICE

I, Jack East III, hereby certify that on July 8th, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such to the following counsel of record:

Rex M. Terry, Esq.
5000 Rogers Ave., Suite 500
Fort Smith, AR 72917-0127

/s/ Jack East III
Jack East III