```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FORT SMITH DIVISION
```

TRIBUILT CONSTRUCTION GROUP, LLC                                PLAINTIFF

       v.               Civil No. 10-2052

INTERNATIONAL FIDELTY INS. CO.                                  DEFENDANT

### ORDER

NOW on this 17th day of November, 2010, the above referenced matter comes on for this Court's consideration of **Motion for Order Authorizing Defendant to File Amended Counterclaim and Amended Third Party Complaint** (document #41). The Court, being well and sufficiently advised, finds and orders that the motion should be, and it hereby is, **granted.** The amended pleading should be filed within ten (10) days from the date of this order.

    IT IS SO ORDERED.

                                              /s/Jimm Larry Hendren  
                                              JIMM LARRY HENDREN  
                                              UNITED STATES DISTRICT JUDGE