## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

**TRIBUILT CONSTRUCTION GROUP, LLC**                                    **PLAINTIFF**

**v.**                           **CASE NO. 10-CV-02052 (JLH)**

**INTERNATIONAL FIDELITY INSURANCE
COMPANY**                                                              **DEFENDANT**

**v.**

**ALAN M. HARRISON, GAYE P. HARRISON,
JOSEPH E. MARRONE, STACY M. MARRONE,**                    **THIRD-PARTY**
**and SOUTHLAND ENTERPRISES, LLC**                        **DEFENDANTS**

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
### ON THE COUNTERCLAIM AND THIRD-PARTY COMPLAINT

Comes the Counterclaimant and Third Party Plaintiff (IFIC) and moves the Court, pursuant to Fed. R. Civ. P. 56, stating there are no genuine issues as to any material fact concerning the Couterclaim and Third-Party Complaint, and that IFIC is therefore entitled to judgment as a matter of law. In support of its motion, IFIC submits herewith the following:

1.      Brief in Support of Motion for Summary Judgment;

2.      Statement of Material Facts as to which IFIC contends there is no genuine issue to be tried, in accordance with U.S. District Court Rule 56.1;

3.      The supplemental affidavit of Genise Teich; and

4.      Depositions, affidavits and pleadings already filed.

**WHEREFORE**, defendant prays the Court grant IFIC's Motion for Summary Judgment on the Counterclaim and Third-Party Complaint, enter judgment in IFIC's favor against TriBuilt Construction Group, LLC, Alan M. Harrison, Gaye P. Harrison, Joseph E. Marrone, Stacy M. Marrone and Southland Enterprises, LLC, jointly and severally, in the sum of $492,828.57 together

with interest as allowed by law, for its costs and for all other appropriate relief.

Respectfully Submitted,

/s/ Jack East III
Jack East III
2725 Cantrell Road, Ste. 202
Little Rock, AR 72202
(501) 372-3278
Bar ID No. 75-036
jeastiii@windstream.net

## CERTIFICATE OF SERVICE

I, Jack East III, hereby certify that on January 13, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following counsel of record:

C. Brian Meadors, Attorney at Law
brian@meadorslawfirm.com

/s/ Jack East III
Jack East III

2