IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| TRIBUILT CONSTRUCTION GROUP, LLC | PLAINTIFF |
| v.   CASE NO. 2:10-CV-02052 | |
| INTERNATIONAL FIDELITY INSURANCE COMPANY | DEFENDANT |
| v. | |
| ALAN M. HARRISON, GAYE P. HARRISON, JOSEPH E. MARRONE, STACY M. MARRONE, and SOUTHLAND ENTERPRISES, LLC | THIRD-PARTY DEFENDANTS |

### NOTICE OF FILING OF BANKRUPTCY PETITION BY DEFENDANTS JOSEPH E. MARRONE AND STACY M. MARRONE

International Fidelity Insurance Company gives notice that defendants, Joseph E. Marrone and Stacy M. Marrone filed a Chapter 13 Petition in Bankruptcy with the Bankruptcy Court for the Western District of Arkansas on May 12, 2011, docketed as case number 2:11-bk-72246.

/s/ Jack East III
Jack East
2725 Cantrell Rd., Ste. 202
Little Rock, AR 72202
(501) 372-3278
Bar ID No. 75-036
jeastiii@windstream.net

## CERTIFICATE OF SERVICE

I, Jack East III, hereby certify that on May 19, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such to the following:

Alan Harrison
TriBuilt Construction Group, LLC
1209 S. Division St.
Lavaca, AR 72941

/s/ Jack East III
Jack East III