```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF ARKANSAS
                       FORT SMITH DIVISION
```

TRIBUILT CONSTRUCTION GROUP, LLC                              PLAINTIFF

V.                         No. 2:10-CV-02052

INTERNATIONAL FIDELITY INSURANCE
COMPANY                                                       DEFENDANT

ALAN M. HARRISON, GAYE P.
HARRISON, JOSEPH E. MARRONE,
STACY M. MARRONE, and SOUTHLAND
ENTERPRISES, LLC                                   THIRD-PARTY DEFENDANTS

## AMENDED JUDGMENT AND ORDER

The Court hereby amends its Judgment and Order entered June 13, 2011 as follows:

For the reasons reflected in the Court's Opinion entered this same date, the Court VACATES its Order dated April 1, 2011 (Doc. 58) dismissing IFIC's claims with prejudice and REOPENS the instant matter. International Fidelity Insurance Company's ("IFIC") Motion to Set Aside Order of Dismissal and to Enforce Settlement Agreement (Doc. 59) is DENIED, however, to the extent that it requests enforcement of the settlement agreement.

IT IS FURTHER ORDERED that upon vacating its previous Order (Doc. 58) and reopening the instant matter, the Court finds that IFIC's Motion for Summary Judgment on the Counterclaim and Third-Party Complaint (Doc. 46) should be, and hereby is GRANTED.

Accordingly, it is HEREBY ADJUDGED that International Fidelity Insurance Company ("IFIC") shall have and recover from Tribuilt Construction Group, LLC, Alan M. Harrison, Gaye P. Harrison, and

Southland Enterprises, LLC, jointly and severally, judgment in the amount of $492,828.57, with all parties to bear their own costs and fees. This judgment amount shall bear interest at the prevailing legal rate of 0.18% per annum from the date of entry of this order until paid. *See* 28 U.S.C. § 1961.

Any remaining claims against separate defendants Joseph and Stacy Marrone are STAYED PENDING BANKRUPTCY. Separate Defendants Joseph and Stacy Marrone are directed to promptly inform the Court once their bankruptcy proceeding has concluded.

It is so ORDERED and ADJUDGED this 14th day of June 2011.

/s/ *Paul K. Holmes, III*
**Paul K. Holmes, III**
**United States District Judge**