IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TRIBUILT CONSTRUCTION GROUP, LLC                                              PLAINTIFF

v.                                          No. 2:10-cv-02052

INTERNATIONAL FIDELITY INSURANCE COMPANY                            DEFENDANT

ALAN M. HARRISON; GAYE P. HARRISON; JOSEPH
E. MARRONE; STACY M. MARRONE; and
SOUTHLAND ENTERPRISES, LLC                                  THIRD-PARTY DEFENDANTS

**ORDER**

The Court entered an Amended Judgment and Order (Doc. 65) in this case on June 14, 2011. As a result of that Order, the only claims which remained pending in this case were the claims of Defendant and Third-Party Plaintiff, International Fidelity Insurance Company, ("IFIC") against Third-Party Defendants Joseph E. And Stacy M. Marrone ("the Marrones"). IFIC's claims against the Marrones were stayed pending resolution of the Marrones' bankruptcy.

Currently before the Court is IFIC's motion (Doc. 66) to administratively terminate this case. The motion states that the Marrones' bankruptcy has been completed and that the Marrones have received a discharge. IFIC requests that this action, therefore, be administratively terminated. It appears to the Court that administrative termination of this case would be equivalent to a dismissal, as it appears that all issues have been resolved. However, to the extent that there may be some remaining unresolved issues stemming from the Marrones' bankruptcy proceeding, the Court will order that this matter be administratively terminated.

IT IS THEREFORE ORDERED that IFIC's motion (Doc. 66) to administratively terminate this case is GRANTED. IT IS FURTHER ORDERED that this case be ADMINISTRATIVELY

TERMINATED without prejudice to the right of IFIC or the Marrones to reopen the proceedings, if necessary, to resolve any issues that might remain in controversy.

    **IT IS SO ORDERED** this 26th day of August, 2013.

                                           */s/ P. K. Holmes, III*
                                            P.K. HOLMES, III
                                            CHIEF U.S. DISTRICT JUDGE